**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hyphen Construction  Group, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TEXAS |
| Case number (if known) | **16-40057** |

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 30, 2016**          X **/s/ Mahesh Chandiramani**
                                                Signature of individual signing on behalf of debtor

                                             **Mahesh Chandiramani**
                                             Printed name

                                             **CEO**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hyphen Construction Group, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known): | **16-40057** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A Star Heat & Air, Inc. 418 Forest Gate Dr. Garland, TX 75042 | | | Disputed | | | $323,461.88 |
| All Industrial Electric Inc. 432 E. State Pkwy., Suite 129 Schaumburg, IL 60173 | | | Disputed | | | $245,871.00 |
| Another Plumbing Company LLC 13753 McKanna Road Minooka, IL 60447 | | | Disputed | | | $197,583.45 |
| Arahed Lathing Corp. 1402 Hoefgen Ave San Antonio, TX 78210 | | | Disputed | | | $415,720.00 |
| Bill's Drywall Inc. 19145 S. 104th Ave. Mokena, IL 60448 | | | Disputed | | | $331,000.00 |
| Bynum's HVAC Service 1509 Woodside Lane E. Cleburne, TX 76033 | | | Disputed | | | $247,545.28 |
| Capital One 780 E Campbell Rd Richardson, TX 75081 | | | | | | $195,320.14 |
| Denning, Inc. 4 N 944 Old La Fox Rd. Wasco, IL 60183-0479 | | | Disputed | | | $363,968.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Hyphen Construction  Group, Inc. | | Case number *(if known)* | 16-40057 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Foxworth-Galbraith Lumber Company 4965 Preston Park Blvd - #400 Plano, TX 75093 | | | Disputed | | | $804,104.19 |
| FPS Fire Sprinkler LLC 2429 E. Loop 820 N. Fort Worth, TX 76118 | | | Disputed | | | $217,791.00 |
| Harris Plastering and Construction, Inc. 955 Carson Cove, Suite A Conway, AR 72034 | | | Disputed | | | $188,060.00 |
| Kancor Multifamily, LLC 735 Primera Blvd., Ste 200 Lake Mary, FL 32746 | | | Disputed | | | $315,691.98 |
| Loma Linda Interiors, Inc. 4426 HWY 276 Rockwall, TX 75032 | | | Disputed | | | $303,227.06 |
| M.R. Concrete Construction 6200 Midway Rd. Haltom City, TX 76117 | | | Disputed | | | $249,381.40 |
| Performance Piping Inc. PO Box 487 Sherman, TX 75901 | | | | | | $757,944.12 |
| Preston National Bank 5644 LBJ Freeway Dallas, TX 75240 | | | | | | $814,812.96 |
| Progress Electric PO Box 2429 Pottsboro, TX 75076 | | | | | | $234,373.44 |
| RB Woodcraft, Inc. 1860 Erie Blvd East Syracuse, NY 13210 | | | | | | $216,942.41 |
| Scott AC & Heating PO Box 1819 Corpus Christi, TX 78403 | | | Disputed | | | $522,179.66 |

| Debtor | **Hyphen Construction  Group, Inc.** | | Case number *(if known)* | **16-40057** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ThyssenKrupp Elevator 2801 Network Blvd, Ste 700 Frisco, TX 75034** | | | | | | **$270,886.57** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Hyphen Construction Group, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TEXAS

Case number (if known)    **16-40057**

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*........................................................................    $    **1,400,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................    $    **11,925,659.66**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................    $    **13,325,659.66**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **1,539,360.54**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................    $    **8,069.45**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.................................................    +$    **14,951,575.80**

4. **Total liabilities** ...............................................................................................
    Lines 2 + 3a + 3b    $    **16,499,005.79**

**Fill in this information to identify the case:**

Debtor name **Hyphen Construction Group, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known) **16-40057**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1.. | **Last 4 digits of Acc# : 7621**<br>**Preston National Bank - overdrawn** | | 7621 | $0.00 |
| 3.2.. | **Last 4 digits of Acc# : 2953**<br>**Chase Bank** | | 2953 | $35,687.60 |

4.    Other cash equivalents *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1.. | **c/d at Preston National Bank #1150 for $12,607.47, #1500 for $382,818, #1510 for $36303.74, #1520 for $39642.08 and #1530 for $1920.** | | $473,291.29 |

5.    Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$508,978.89** |
|---|

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Hyphen Construction  Group, Inc.** | | Case number *(If known)* **16-40057** |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    6,286,578.44    -    0.00    = ....    **$6,286,578.44**
                            face amount             doubtful or uncollectible accounts

11b. Over 90 days old:    5,112,752.33    -    0.00    =....    **$5,112,752.33**
                        face amount             doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$11,399,330.77**

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **tables, computers chairs, phones etc** | **$0.00** | | **$7,350.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **Hyphen Construction  Group, Inc.**                                    Case number *(If known)*  **16-40057**
_____
Name

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$7,350.00** |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
  ■ No
  ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

  ☐ No.  Go to Part 9.
  ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1..  **3 campers** | **$0.00** | | **$9,000.00** |
| 47.2..  **2001 Ford - not running** | **$0.00** | | **$1,000.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | **$10,000.00** |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
  ■ No
  ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

  ☐ No.  Go to Part 10.
  ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Hyphen Construction  Group, Inc.** | Case number *(If known)* **16-40057** |
|---|---|---|
| | Name | |

property (for example, acreage, factory, warehouse, apartment or office building, if available.

55.1.   **7739 Lover Lane**

| | | | |
|---|---|---|---|
| | feesimple | $0.00 | $1,400,000.00 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$1,400,000.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Hyphen Construction Group, Inc.**                    Case number *(If known)* **16-40057**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $508,978.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,399,330.77 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $1,400,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,925,659.66 | + 91b. $1,400,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,325,659.66 |

**Fill in this information to identify the case:**

Debtor name **Hyphen Construction Group, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF TEXAS

Case number (if known) **16-40057**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Chase Line of Credit**<br>Creditor's Name<br><br>**780 E Campbell Rd**<br>**Richardson, TX 75081**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**A/R**<br><br>Describe the lien | $100,000.00 | $0.00 |

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5001**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.2  Cono Casella Testamentary Trust**<br>Creditor's Name<br>**Attn: Cono Casella II, Trustee**<br>**100 Crescent Court**<br>**Suite 575**<br>**Dallas, TX 75201**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**7739 Lover Lane**<br><br>Describe the lien | $225,000.00 | $1,400,000.00 |

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Hyphen Construction  Group, Inc. | | Case number (if know) | 16-40057 |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Preston National Bank**
**2. Cono Casella**
**Testimentary Trust**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Mary Casella** | Describe debtor's property that is subject to a lien | **$400,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Attn: Cono Casella II**
**100 Crescent Ct., Unit 575**
**Dallas, TX 75201**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Preston National Bank** | Describe debtor's property that is subject to a lien | **$814,360.54** | **$1,400,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **7739 Lover Lane** | | |

**5644 LBJ Freeway**
**Dallas, TX 75240**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Westchester Fire Insurance Co.** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **Hyphen Construction  Group, Inc.**
Name

Case number (if know)    **16-40057**

| | |
|---|---|
| Creditor's Name | **c/d for $12,607.47,** |
| | **$382,818,$36,303.74,$39,642.08 and $1,920,** |
| **436 Walnut St** | |
| **Philadelphia, PA 19106** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$1,539,360.5 4** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **-NONE-** | Line | |

---

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Hyphen Construction Group, Inc.**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td>**16-40057**</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| **Arrouas, Yochoua Y.** | *Check all that apply.* | **$939.40** | $ 0.00 |
| **6565 McCallum Blvd, Apt. #155** | ☐ Contingent |  |  |
| **Dallas, TX 75252** | ☐ Unliquidated |  |  |
|  | ☐ Disputed |  |  |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (4)

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|
| **Chandiramani, Mahesh P.** | *Check all that apply.* | **$2,109.18** | $ 0.00 |
| **5608 Ventana Trail** | ☐ Contingent |  |  |
| **Dallas, TX 75252** | ☐ Unliquidated |  |  |
|  | ☐ Disputed |  |  |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                36005                Best Case Bankruptcy

Debtor    **Hyphen Construction  Group, Inc.**                                    Case number (if known)    **16-40057**
_____
Name

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.3 |
| --- |

**Priority creditor's name and mailing address**
**Crisante, Valerie R.**
**2013 Pebblebrook Trail**
**Irving, TX 75060**

**As of the petition filing date, the claim is:**          $737.26   $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

**Last 4 digits of account number**          **Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.4 |
| --- |

**Priority creditor's name and mailing address**
**De Nobrega, Aubrey**
**1136 Annalea Cove Dr.**
**The Colony, TX 75056-4176**

**As of the petition filing date, the claim is:**          $777.20   $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

**Last 4 digits of account number**          **Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.5 |
| --- |

**Priority creditor's name and mailing address**
**Nguyen, Minh T.**
**15190 Prestonwood Blvd. # 822**
**Dallas, TX 75248**

**As of the petition filing date, the claim is:**          $1,046.16   $ 0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**          **Basis for the claim:**

**Last 4 digits of account number**          **Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor    **Hyphen Construction Group, Inc.**        Case number (if known)    **16-40057**

_____Name_____

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.6 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

**Shipp, Kimberly L.**
**2212 Daybreak Trail**
**Plano, TX 75093**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,071.90   $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

| 2.7 | | | | |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

**Taylor, David**
**1819 Bridgeport Dr**
**Aubrey, TX 76227**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,388.35   $ 0.00

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Is the claim subject to offset?**
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (4)

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**360 Mechanical LLC**
**274 Trade Center Dr.**
**New Braunfels, TX 78130**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$61,860.00

**Basis for the claim:**

---

Debtor    **Hyphen Construction Group, Inc.**    Case number (if known)    **16-40057**
_____
Name

| | | |
|---|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,100.00** |
|---|---|---|---|
| | **4G RV Park** | Check all that apply. | |
| | **1707 Primrose Lane** | ☐ Contingent | |
| | **Perry, OK 73077** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$700.00** |
|---|---|---|---|
| | **4G RV Park** | Check all that apply. | |
| | **1707 Primrose Lane** | ☐ Contingent | |
| | **Perry, OK 73077** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:**   Perry, OK - RV Park | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$146,788.18** |
|---|---|---|---|
| | **84 Lumber Company, LP** | Check all that apply. | |
| | **5200 S. Western St.** | ☐ Contingent | |
| | **Amarillo, TX 79109** | ☐ Unliquidated | |
| | | ■ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number   **1001** | ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$110,063.50** |
|---|---|---|---|
| | **A & J Bobcat Service, LLC** | Check all that apply. | |
| | **PO Box 1020** | ☐ Contingent | |
| | **Azle, TX 76098** | ☐ Unliquidated | |
| | | ☐ Disputed | |

---

| Debtor | **Hyphen Construction Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|

Name

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**

**A Cut Above Construction Services**
**4302 Warren Ave.**
**Hillside, IL 60162**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**$137,209.50**

**Basis for the claim:**   Chase 919 949 727

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.7**

**Nonpriority creditor's name and mailing address**

**A Star Heat & Air, Inc.**
**418 Forest Gate Dr.**
**Garland, TX 75042**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**$323,461.88**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.8**

**Nonpriority creditor's name and mailing address**

**A-1 Air, LLC**
**1035 N. Hwy 69**
**Frontenac, KS 66763**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**$66,655.80**

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

**3.9**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

**$1,003.36**

---

Debtor    **Hyphen Construction Group, Inc.**                                                  Case number (if known)    **16-40057**
_____
              Name

**A-1 Rocket Industries, Inc.**                          *Check all that apply.*
**2214 South Buchanan**                                  ☐ Contingent
**Amarillo, TX 79109**                                   ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**
                                                         _____

Date or dates debt was incurred    _____      **Is the claim subject to offset?**

                                                         ■ No
Last 4 digits of account number    _____      ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $452.50 |
|---|---|---|---|

**AAA Bath Repair & Refinishing**                        *Check all that apply.*
**2212 ward St.**                                        ☐ Contingent
**Midland, TX 79705-8442**                               ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**
                                                         _____

Date or dates debt was incurred    _____      **Is the claim subject to offset?**

                                                         ■ No
Last 4 digits of account number    _____      ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $103.82 |
|---|---|---|---|

**ABC Blueprints**                                       *Check all that apply.*
**PO Drawer 15145**                                      ☐ Contingent
**Amarillo, TX 79105**                                   ☐ Unliquidated
                                                         ☐ Disputed

                                                         **Basis for the claim:**
                                                         _____

Date or dates debt was incurred    _____      **Is the claim subject to offset?**

                                                         ■ No
Last 4 digits of account number    _____      ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $114,822.59 |
|---|---|---|---|

**ABC Electrical Services, LLC**                         *Check all that apply.*
**1304 South 13th Street**                               ☐ Contingent
**Temple, TX 76504**                                     ☐ Unliquidated
                                                         ■ Disputed

                                                         **Basis for the claim:**
                                                         _____

Date or dates debt was incurred    _____      **Is the claim subject to offset?**

                                                         ■ No
Last 4 digits of account number    _____      ☐ Yes

---

Debtor      **Hyphen Construction  Group, Inc.**                                    Case number (if known)    **16-40057**
_____
            Name

---

| 3.13 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                **$2,993.40**
**Acton Mobile**                                                   *Check all that apply.*
**809 Gleneagles Court, Suite 300**                                ☐ Contingent
**Baltimore, MD 21286**                                            ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   Basis for the claim:
                                                                   _____

Date or dates debt was incurred    _____            Is the claim subject to offset?

                                                                   ■ No
Last 4 digits of account number    _____            ☐ Yes

---

| 3.14 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                **$63,149.92**
**Aetos Construction LLC**                                         *Check all that apply.*
**2131 Oak Bend**                                                  ☐ Contingent
**San Antonio, TX 78259**                                          ☐ Unliquidated
                                                                   ■ Disputed

                                                                   Basis for the claim:
                                                                   _____

Date or dates debt was incurred    _____            Is the claim subject to offset?

                                                                   ■ No
Last 4 digits of account number    _____            ☐ Yes

---

| 3.15 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                **$1,286.54**
**Aguilera, Ricardo**                                              *Check all that apply.*
**10837 Onxystone**                                                ☐ Contingent
**El Paso, TX 79924**                                              ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   Basis for the claim:    **Amarillo, TX**
                                                                   _____

Date or dates debt was incurred    _____            Is the claim subject to offset?

                                                                   ■ No
Last 4 digits of account number    _____            ☐ Yes

---

| 3.16 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is:                **$600.00**
**Aguilera, Ricardo (Jr) "Ricky"**                                 *Check all that apply.*
**10837 Onxystone**                                                ☐ Contingent
**El Paso, TX 79924**                                              ☐ Unliquidated
                                                                   ☐ Disputed

                                                                   Basis for the claim:    **Amarillo, TX**
                                                                   _____

---

Official Form 206 E/F                              **Schedule E/F: Creditors Who Have Unsecured Claims**                          **Page  7 of 104**

Debtor   **Hyphen Construction Group, Inc.**                                    Case number (if known)   **16-40057**
_____Name_____

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | _____ | ☐ Yes |

---

**3.17**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|
| **Alabama Department of Revenue** | Check all that apply. | |
| **50 North Ripley St** | ☐ Contingent | |
| **Montgomery, AL 36132** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | | |
| | **Basis for the claim:** _____ | |

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | **1302** | ☐ Yes |

---

**3.18**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|
| **Alabama Secretary of State** | Check all that apply. | |
| **P.O. Box 5616** | ☐ Contingent | |
| **Montgomery, AL 36103-5616** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | | |
| | **Basis for the claim:** _____ | |

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | **5478** | ☐ Yes |

---

**3.19**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,700.00** |
|---|---|---|
| **Alarmtechs, Inc.** | Check all that apply. | |
| **PO Box 994** | ☐ Contingent | |
| **Katy, TX 77492** | ☐ Unliquidated | |
| | ☑ Disputed | |
| | | |
| | **Basis for the claim:** _____ | |

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ☑ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.20**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$245,871.00** |
|---|---|---|
| **All Industrial Electric Inc.** | Check all that apply. | |
| **432 E. State Pkwy., Suite 129** | ☐ Contingent | |
| **Schaumburg, IL 60173** | ☐ Unliquidated | |
| | ☑ Disputed | |

---

| Debtor | Hyphen Construction Group, Inc. | | Case number (if known) | 16-40057 |
|---|---|---|---|---|
| | Name | | | |

Basis for the claim:
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**
**Allstate Insurance Company**
**13841 Southwest Highway**
**Orlando Park, IL 60462**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

**$144.03**

---

**3.22**

**Nonpriority creditor's name and mailing address**
**Alpheus Data Services, L.L.C.**
**1301 Fannin St, 20th Floor**
**Dallas, TX 75303**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Office Telephone**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

**$1,625.24**

---

**3.23**

**Nonpriority creditor's name and mailing address**
**Alvarado Plumbing and Contracting,**
**LLC**
**P.O Box 443**
**Rockwall, TX 75087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

**$112,768.56**

---

**3.24**

**Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:

**Unknown**

---

Debtor    **Hyphen Construction  Group, Inc.**                              Case number (if known)    **16-40057**
_____
Name

**Amarillo Platinum, LLC**                    *Check all that apply.*
**226 Jackson Meadows**                        ☐ Contingent
**Hermitage, TN 37076**                        ☐ Unliquidated
                                               ■ Disputed

                                               **Basis for the claim:**
                                               _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

                                                   ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$147,222.40** |

**American Built Systems**                     *Check all that apply.*
**PO Box  660**                                ☐ Contingent
**Plainfield, IL 60544**                       ☐ Unliquidated
                                               ■ Disputed

                                               **Basis for the claim:**
                                               _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

                                                   ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$176,982.28** |

**American Express**                           *Check all that apply.*
**P. O. Box 650448**                           ☐ Contingent
**Dallas, TX 75265-0448**                      ☐ Unliquidated
                                               ☐ Disputed

                                               **Basis for the claim:**
                                               _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

                                                   ■ No
Last 4 digits of account number    **1002**        ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$65,000.00** |

**Anderson Lock Company, Ltd.**                *Check all that apply.*
**920 Remmington Rd.**                          ☐ Contingent
**Schaumburg, IL 60173**                        ☐ Unliquidated
                                               ■ Disputed

                                               **Basis for the claim:**
                                               _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

                                                   ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| | |
|---|---|
| Debtor | **Hyphen Construction Group, Inc.** |
| | Name |

Case number (if known)    **16-40057**

---

**3.28**

**Nonpriority creditor's name and mailing address**
**Another Plumbing Company LLC**
**13753 McKanna Road**
**Minooka, IL 60447**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$197,583.45

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

**3.29**

**Nonpriority creditor's name and mailing address**
**ANR Construction**
**3607 Charleston Dr.**
**Richardson, TX 75082**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$37,850.00

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

**3.30**

**Nonpriority creditor's name and mailing address**
**Apollo AC and Heating, Inc.**
**7120 Mullins Drive**
**Houston, TX 77081**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

$36,300.00

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

**3.31**

**Nonpriority creditor's name and mailing address**
**Apple Creek Apartments**
**1200 N. Perkins Rd.**
**Stillwater, OK 74075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$712.00

Basis for the claim:

---

Debtor **Hyphen Construction  Group, Inc.**        Case number (if known)    **16-40057**
Name

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.32**

Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **$500.00**

**Applied GeoScience**     Check all that apply.
**2385 Hammond Drive, Suite 6**     ☐ Contingent
**Schaumburg, IL 60173**     ☐ Unliquidated
    ■ Disputed

**Basis for the claim:**

Date or dates debt was incurred       **Is the claim subject to offset?**

    ■ No

Last 4 digits of account number       ☐ Yes

---

**3.33**

Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **$41,634.00**

**Aquatic Pools, Inc.**     Check all that apply.
**111 Industrial Park Loop NE**     ☐ Contingent
**Rio Rancho, NM 87124**     ☐ Unliquidated
    ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred       **Is the claim subject to offset?**

    ■ No

Last 4 digits of account number       ☐ Yes

---

**3.34**

Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **$415,720.00**

**Arahed Lathing Corp.**     Check all that apply.
**1402 Hoefgen Ave**     ☐ Contingent
**San Antonio, TX 78210**     ☐ Unliquidated
    ■ Disputed

**Basis for the claim:**

Date or dates debt was incurred       **Is the claim subject to offset?**

    ■ No

Last 4 digits of account number       ☐ Yes

---

**3.35**

Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **Unknown**

**Arizona Corporation Commission**     Check all that apply.
**1200 W. Washington**     ☐ Contingent
**Phoenix, AZ 85007-2996**     ☐ Unliquidated
    ☐ Disputed

---

| Debtor | **Hyphen Construction Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

Basis for the claim: _____

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   **7934** | ☐ Yes |

---

**3.36**

**Nonpriority creditor's name and mailing address**
**Arizona Department of Revenue**
**P.O. Box 29032**
**Phoenix, AZ 85038-9032**

As of the petition filing date, the claim is:                    **Unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   **148T** | ☐ Yes |

---

**3.37**

**Nonpriority creditor's name and mailing address**
**Arizona Registrar of Contractors**
**P.O. Box 6748**
**Phoenix, AZ 85005-6748**

As of the petition filing date, the claim is:                    **Unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   **3132** | ☐ Yes |

---

**3.38**

**Nonpriority creditor's name and mailing address**
**Arkansas Secretary of State**
**(Corporation**
**State Capital Building**
**Little Rock, AR 72201-1094**

As of the petition filing date, the claim is:                    **Unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

| | |
|---|---|
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number   **4024** | ☐ Yes |

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Armstrong Archives, LLC**
**1515 Crescent Drive**
**Carrollton, TX 75006**

As of the petition filing date, the claim is:                    **$50.40**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Hyphen Construction  Group, Inc.**                                Case number (if known)    **16-40057**
_____                                                        _____
          Name

**Basis for the claim:**    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Arwood Waste**<br>**13255 Lanier Rd.**<br>**Jacksonville, FL 32226** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$329.53** |

**Basis for the claim:**    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Aspen Group LLC**<br>**5435 N. Garland Ave. #140-526**<br>**Garland, TX 75040** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$109,769.42** |

**Basis for the claim:**    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address**<br>**AT&T U-verse - FFI Cuero**<br>**PO Box 5014**<br>**Carol Stream, IL 60197** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17.50** |

**Basis for the claim:**    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$196.50** |

Debtor   **Hyphen Construction  Group, Inc.**                         Case number *(if known)*   **16-40057**
_____Name_____

**AT&T U-Verse - HI Schaumburg**          *Check all that apply.*
**PO BOX 5014**                             ☐ Contingent
**Carol Stream, IL 60197**                  ☐ Unliquidated
                                            ☐ Disputed

                                            Basis for the claim:
                                            _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.44 |

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$236.18**
**AT&T U-verse-PERRY**                                   *Check all that apply.*
**PO Box 5014**                                          ☐ Contingent
**Carol Stream, IL 60197**                               ☐ Unliquidated
                                                         ☐ Disputed

                                                         Basis for the claim:
                                                         _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.45 |

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$100,080.00**
**Atlantic American Fire Protection**                    *Check all that apply.*
**Compan**                                               ☐ Contingent
**18 North State Street**                                ☐ Unliquidated
**Elgin, IL 60123**                                      ■ Disputed

                                                         Basis for the claim:
                                                         _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.46 |

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$12,900.00**
**Atmos Energy**                                         *Check all that apply.*
**PO Box 79311**                                         ☐ Contingent
**Garden Plain, KS 67050**                               ☐ Unliquidated
                                                         ☐ Disputed

                                                         Basis for the claim:
                                                         _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

                                                  ■ No
Last 4 digits of account number   _____   ☐ Yes

---

| Debtor | **Hyphen Construction Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Aurora Roof Systems, LLC**
**713-C Tower Lane**
**Mc Kinney, TX 75069**

**As of the petition filing date, the claim is:**                          **$120,460.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.48 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**B & W Chemical Toilets, Inc.**
**4500 Texas 349**
**Midland, TX 79706**

**As of the petition filing date, the claim is:**                          **$2,666.82**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.49 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**B. Bielstein Wallcovering**
**1872 Roadrunner Dr.**
**Weatherford, TX 76038**

**As of the petition filing date, the claim is:**                          **$5,161.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

| 3.50 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Baker, Bloomberg & Assoc.**
**20501 Katy Freeway**
**Suite 212**
**Katy, TX 77450**

**As of the petition filing date, the claim is:**                          **$32,802.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **Hyphen Construction Group, Inc.**                                 Case number (if known)    **16-40057**
        Name

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.51**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **Unknown**

**Baldwin-Cox Agency**
**5930 Preston View Blvd, Suite 200**
**Dallas, TX 75240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number    **2191** | ☐ Yes |

---

**3.52**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **Unknown**

**Baldwin-Cox Agency**
**5930 Preston View Blvd., Suite 200**
**Dallas, TX 75240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    **Bond**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number    **2191** | ☐ Yes |

---

**3.53**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **$24,476.00**

**Basco Manufacturing Company**
**7201 Snider Road**
**Mason, OH 45040**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.54**    Nonpriority creditor's name and mailing address       As of the petition filing date, the claim is:       **$9,662.00**

**Beck Steel, Inc.**
**401 North Loop 289**
**Lubbock, TX 79403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **Hyphen Construction Group, Inc.**
_____
Name

Case number (if known)   **16-40057**
_____

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   _____

■ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$52,162.84** |

**Belton Commercial Glass**
**PO BOX 1192**
**Salado, TX 76571**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   _____

■ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$331,000.00** |

**Bill's Drywall Inc.**
**19145 S. 104th Ave.**
**Mokena, IL 60448**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   _____

■ No
☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$177,879.00** |

**BLM Landscaping**
**P.O. Box 43111**
**Seven Points, TX 75143**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

Last 4 digits of account number   _____

■ No
☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,793.30** |

---

Debtor    **Hyphen Construction  Group, Inc.**    Case number (if known)    **16-40057**
_____
Name

**Blue Line Rental**
**PO Box 840062**
**Dallas, TX 75284-0062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    _____

---

3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,496.20**
**Blue Sky Sales, Inc.**
**806 Dalworth**
**Mesquite, TX 75149**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    _____

---

3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,792.44**
**BlueCross BlueShield**
**Health Care Service Corporation**
**PO Box 731428**
**Dallas, TX 75373-1428**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **8133**

---

3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown**
**Board of Contractor**
**P.O. Box 320279**
**Jackson, MS 39232**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **83MC**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Hyphen Construction  Group, Inc.**                                   Case number (if known)   **16-40057**
Name

---

3.62

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is:                                        $40,543.59
**Bobby Lee & Co., Inc.**                                                  *Check all that apply.*
**10197 FM 156**                                                           ☐ Contingent
**Fort Worth, TX 76131**                                                   ☐ Unliquidated
                                                                          ☒ Disputed

                                                                          Basis for the claim:

Date or dates debt was incurred _____                              Is the claim subject to offset?

                                                                          ☒ No
Last 4 digits of account number _____                              ☐ Yes

---

3.63

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is:                                        $14,739.63
**Border States Electric Supply (BSE)**                                   *Check all that apply.*
**PO Box 201889**                                                         ☐ Contingent
**Dallas, TX 75320**                                                      ☐ Unliquidated
                                                                          ☒ Disputed

                                                                          Basis for the claim:

Date or dates debt was incurred _____                              Is the claim subject to offset?

                                                                          ☒ No
Last 4 digits of account number _____                              ☐ Yes

---

3.64

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is:                                        $200.00
**Boyd On A Wire**                                                         *Check all that apply.*
**2605 Pheasant Run**                                                      ☐ Contingent
**McKinney, TX 75070**                                                     ☐ Unliquidated
                                                                          ☒ Disputed

                                                                          Basis for the claim:

Date or dates debt was incurred _____                              Is the claim subject to offset?

                                                                          ☒ No
Last 4 digits of account number _____                              ☐ Yes

---

3.65

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is:                                        $54,500.00
**Bradford Lee Parrack**                                                   *Check all that apply.*
**1016 Cole Cove**                                                         ☐ Contingent
**Round Rock, TX 78665**                                                   ☐ Unliquidated
                                                                          ☒ Disputed

                                                                          Basis for the claim:

---

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |
|--------|--------------------------------------|------------------------|--------------|
|        | Name                                 |                        |              |

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Bridge-Big Spring, LLC**
**1850 Mt. Diablo Blvd., Suite 410**
**Walnut Creek, CA 94596**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,687.50** |

**Bridgewater International**
**95 North Foxboro Drive**
**North Salt Lake, UT 84054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,575.00** |

**Buske Trim Carpentry LLC**
**1214 Sugarland Dr.**
**New Braunfels, TX 78130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$32,930.00** |

**BVC Contracting**
**3910 Country Ln.**
**Granbury, TX 76048**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

---

Debtor   **Hyphen Construction  Group, Inc.**
Name

Case number (if known)   **16-40057**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No

☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$247,545.28** |
|------|---|---|---|

**Bynum's HVAC Service**
**1509 Woodside Lane E.**
**Cleburne, TX 76033**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No

☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,476.10** |
|------|---|---|---|

**Cain Electrical Supply Inc.**
**2011 W. Industrial**
**Midland, TX 79702**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No

☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|------|---|---|---|

**California Secretary of State**
**1500 11th St**
**Sacramento, CA 95814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   **9744**

■ No

☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|------|---|---|---|

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor      **Hyphen Construction  Group, Inc.**                                        Case number (if known)    **16-40057**
_____Name_____

**California Tax Service Center**                    *Check all that apply.*
**P.O. Box 942840**                                   ☐ Contingent
**Sacramento, CA 94240-0040**                         ☐ Unliquidated
                                                      ☐ Disputed

                                                      Basis for the claim: _____

Date or dates debt was incurred  _____      **Is the claim subject to offset?**
                                                      ■ No
Last 4 digits of account number  **1302**            ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $195,320.14 |

**Capital One**                                       *Check all that apply.*
**780 E Campbell Rd**                                 ☐ Contingent
**Richardson, TX 75081**                              ☐ Unliquidated
                                                      ☐ Disputed

                                                      Basis for the claim: _____

Date or dates debt was incurred  _____      **Is the claim subject to offset?**
                                                      ■ No
Last 4 digits of account number  **4046**            ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $40,771.68 |

**Capital One**                                       *Check all that apply.*
**780 E Campbell Rd**                                 ☐ Contingent
**Richardson, TX 75081**                              ☐ Unliquidated
                                                      ☐ Disputed

                                                      Basis for the claim: _____

Date or dates debt was incurred  _____      **Is the claim subject to offset?**
                                                      ■ No
Last 4 digits of account number  **4046**            ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $45,545.10 |

**Caprock Building Systems LLC**                      *Check all that apply.*
**P.O. Box 33162**                                    ☐ Contingent
**Amarillo, TX 79120**                                ☐ Unliquidated
                                                      ■ Disputed

                                                      Basis for the claim: _____

Date or dates debt was incurred  _____      **Is the claim subject to offset?**
                                                      ■ No
Last 4 digits of account number  _____      ☐ Yes

---

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

---

**3.77**

**Nonpriority creditor's name and mailing address**
**Carpet Service International, Inc.**
**30 West Fay Avenue**
**Addison, IL 60101**

As of the petition filing date, the claim is:                                   **$6,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

**3.78**

**Nonpriority creditor's name and mailing address**
**Cellcrete Decks**
**1879 N. Neltor Blvd #110**
**West Chicago, IL 60185**

As of the petition filing date, the claim is:                                 **$74,950.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

**3.79**

**Nonpriority creditor's name and mailing address**
**Champion Fire & Security**
**17311 Dallas Parkway, Suite 300**
**Dallas, TX 75248**

As of the petition filing date, the claim is:                                 **$38,001.05**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

**3.80**

**Nonpriority creditor's name and mailing address**
**Chas. F. Williams Co., Inc.**
**328 Lipscomb**
**Fort Worth, TX 76104**

As of the petition filing date, the claim is:                                 **$59,597.06**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

---

Debtor    **Hyphen Construction Group, Inc.**                                Case number (if known)    **16-40057**
_____
Name

| | | |
|---|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $117,470.16 |
|---|---|---|---|
| | **Chase** | Check all that apply. | |
| | **780 E Campbell Rd** | ☐ Contingent | |
| | **Richardson, TX 75081** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number    **8551** | ☐ Yes | |

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77,849.98 |
|---|---|---|---|
| | **Chase** | Check all that apply. | |
| | **780 E Campbell Rd** | ☐ Contingent | |
| | **Richardson, TX 75081** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number    **4458** | ☐ Yes | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,964.33 |
|---|---|---|---|
| | **Chase** | Check all that apply. | |
| | **780 E Campbell Rd** | ☐ Contingent | |
| | **Richardson, TX 75081** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number    **3279** | ☐ Yes | |

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,192.85 |
|---|---|---|---|
| | **Chimuzo Engineering and Construction Inc** | Check all that apply. | |
| | **2611 Cheshire Oaks Dr.** | ☐ Contingent | |
| | **Houston, TX 77054** | ☐ Unliquidated | |
| | | ■ Disputed | |

---

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |
|--------|--------------------------------------|------------------------|--------------|
|        | Name                                 |                        |              |

**Basis for the claim:**

| Date or dates debt was incurred | **Is the claim subject to offset?** |
|---|---|
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,383.18** |
|------|------|------|------|
| | **Citi Aadvantage** | Check all that apply. | |
| | **P.O. Box 6235** | ☐ Contingent | |
| | **Sioux Falls, SD 57117-6235** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

| Date or dates debt was incurred | **Is the claim subject to offset?** |
|---|---|
| | ■ No |
| Last 4 digits of account number  **5211** | ☐ Yes |

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,383.85** |
|------|------|------|------|
| | **City of Cuero** | Check all that apply. | |
| | **212 E. Main St.** | ☐ Contingent | |
| | **Cuero, TX 77954** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

| Date or dates debt was incurred | **Is the claim subject to offset?** |
|---|---|
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|------|------|------|------|
| | **City of Los Angeles (Office of Finance)** | Check all that apply. | |
| | **P.O. Box 53200** | ☐ Contingent | |
| | **Los Angeles, CA 90053-0200** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

| Date or dates debt was incurred | **Is the claim subject to offset?** |
|---|---|
| | ■ No |
| Last 4 digits of account number  **1302** | ☐ Yes |

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$878.14** |
|------|------|------|------|
| | **City of Midland** | Check all that apply. | |
| | **300 N. Loraine** | ☐ Contingent | |
| | **Midland, TX 79702** | ☐ Unliquidated | |
| | | ☐ Disputed | |

---

Debtor    **Hyphen Construction Group, Inc.**                          Case number (if known)    **16-40057**
_____Name_____

**Basis for the claim:** _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**
                                                       ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35,000.00** |

**CJ Insulation**
**305 Boombah Blvd.**
**Yorkville, IL 60560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**
                                                       ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,840.00** |

**Cody Pools, Inc.**
**5117 S. IH 35**
**Georgetown, TX 78626**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**
                                                       ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Comptroller of Maryland**
**80 Calvert St**
**Annapolis, MD 21404-0466**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**
                                                       ■ No
Last 4 digits of account number    **1302**            ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

---

Debtor    **Hyphen Construction  Group, Inc.**
_____
Name

Case number (*if known*)    **16-40057**
_____

**Comptroller of Public Accounts**
**111 E. 17th Street**
**Austin, TX 78774-0100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    **1251**

■ No
☐ Yes

---

| 3.93 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Construction Rent-A-Fence, Inc.**
**P.O. Box 65**
**Thrall, TX 76578**

As of the petition filing date, the claim is:    **$64.80**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    _____

■ No
☐ Yes

---

| 3.94 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Constructionologists**
**3960 Deep Valley Dr.**
**Dallas, TX 75244**

As of the petition filing date, the claim is:    **$21,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    _____

■ No
☐ Yes

---

| 3.95 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Contractors Licensing Board**
**4100 Richards Road**
**North Little Rock, AR 72117**

As of the petition filing date, the claim is:    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    **0516**

■ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Contractors State License Board**
**9821 Business Park Drive**
**Sacramento, CA 95827**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number   **3033**

☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Contractors State License Board**
**9821 Business Park Drive**
**Sacramento, CA 95827**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number   **3033**

☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,733.32** |
|---|---|---|---|

**Core Consulting LLC**
**6505 W. Park Blvd, Ste 306 PMB 351**
**Plano, TX 75093-6212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$416.00** |
|---|---|---|---|

**Corporate Creations**
**11380 Prosperity Farms Road #221E**
**Palm Beach Gardens, FL 33410**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

---

Debtor    **Hyphen Construction  Group, Inc.**                              Case number *(if known)*    **16-40057**
_____
Name

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number   **7026** | ☐ Yes |

---

| 3.10 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|
| | **Corporation Income Tax Section** | *Check all that apply.* | |
| | **P.O. Box 919** | ☐ Contingent | |
| | **Little Rock, AR 72203-0919** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number   **1302** | ☐ Yes |

---

| 3.10 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,593.70** |
|---|---|---|---|
| | **Corporation Service Company** | *Check all that apply.* | |
| | **2711 Centerville Road** | ☐ Contingent | |
| | **Wilmington, DE 19808** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.10 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|
| | **Cotula Hotel, LLC** | *Check all that apply.* | |
| | **1601 Bryan Street, Suite M-200** | ☐ Contingent | |
| | **Dallas, TX 75201** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.10 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300.00** |
|---|---|---|---|
| | **Cowpokes Wrecker & Recovery Service, Inc** | *Check all that apply.* | |
| | **3016 N. Eastern** | ☐ Contingent | |
| | **Moore, OK 73160** | ☐ Unliquidated | |
| | | ☐ Disputed | |

---

| Debtor | **Hyphen Construction  Group, Inc.** | | Case number (if known) | **16-40057** |
|---|---|---|---|---|
| | Name | | | |

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.10 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$76,222.65** |
|---|---|---|---|

**Cross L. Construction Services Inc.**
PO Box 1278
Helotes, TX 78023

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.10 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$107,365.14** |
|---|---|---|---|

**Crown Window**
18092 Chesterfield Airport Road
Chesterfield, MO 63005

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.10 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Cuero Hotel, LLC**
1601 Bryan Street, Suite M-200
Dallas, TX 75201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.10 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$385.70** |
|---|---|---|---|

---

Debtor    **Hyphen Construction  Group, Inc.**
_____
Name

Case number (if known)    **16-40057**
_____

**D&P Construction, Inc.**
**5521 N. Cumberland Ave., Suite 1106**
**Chicago, IL 60656**
_____

_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
_____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.10 8 | **Nonpriority creditor's name and mailing address**<br>**Dallas Central Appraisal District**<br>**P.O. Box 560368**<br>**Dallas, TX 75356-0368** | As of the petition filing date, the claim is:<br>Check all that apply. | **Unknown** |

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    **0000**

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.10 9 | **Nonpriority creditor's name and mailing address**<br>**Dallas County Tax Assessor/Collector**<br>**Records Building, 500 Elm**<br>**Dallas, TX 75313-9033** | As of the petition filing date, the claim is:<br>Check all that apply. | **$25,586.50** |

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.11 0 | **Nonpriority creditor's name and mailing address**<br>**Dallas Plumbing Company**<br>**11055 Plano Road**<br>**Dallas, TX 75238** | As of the petition filing date, the claim is:<br>Check all that apply. | **$116,508.30** |

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

Basis for the claim:
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

---

**3.11 1**

**Nonpriority creditor's name and mailing address**
**Daniel & Elizabeth Healy**
**3970 Clover Lane**
**Dallas, TX 75220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**

---

**3.11 2**

**Nonpriority creditor's name and mailing address**
**DAV Painting & Drywall, LLC**
**415 W. Hathaway Dr.**
**San Antonio, TX 78209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

**$126,825.00**

---

**3.11 3**

**Nonpriority creditor's name and mailing address**
**Davis Sanitation & Landfill  Inc.**
**16450 Dakota Rd.**
**Tonkawa, OK 74653**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

**$800.00**

---

**3.11 4**

**Nonpriority creditor's name and mailing address**
**Delta Rent-A-Fence Inc.**
**1518 Chicage Ave.**
**Melrose Park, IL 60160**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

---

| Debtor | **Hyphen Construction Group, Inc.** | Case number (if known) | **16-40057** |
| | Name | | |

---

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.11 5**

**Nonpriority creditor's name and mailing address**
**Denning, Inc.**
**4 N 944 Old La Fox Rd.**
**Wasco, IL 60183-0479**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

**$363,968.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.11 6**

**Nonpriority creditor's name and mailing address**
**Dental Select**
**PO Box 301680**
**Dallas, TX 75303-1680**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$1,925.90**

Date or dates debt was incurred

Last 4 digits of account number   **3948**

Is the claim subject to offset?

■ No
☐ Yes

---

**3.11 7**

**Nonpriority creditor's name and mailing address**
**Department of Business & Professional Re**
**194 N. Monroe St**
**Tallahassee, FL 32399-0783**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Unknown**

Date or dates debt was incurred

Last 4 digits of account number   **8766**

Is the claim subject to offset?

■ No
☐ Yes

---

**3.11 8**

**Nonpriority creditor's name and mailing address**
**Department of Labor, Licensing and Regul**
**110 Centerview Dr.**
**Columbia, SC 29210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

---

| Debtor | Hyphen Construction Group, Inc. | Case number (if known) | 16-40057 |
|---|---|---|---|
| | Name | | |

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **5567** | ☐ Yes |

---

**3.119**

**Nonpriority creditor's name and mailing address**
**Department of Labor, Licensing and Regul**
**110 Centerview Dr.**
**Columbia, SC 29210**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **5567** | ☐ Yes |

---

**3.120**

**Nonpriority creditor's name and mailing address**
**Department of Revenue**
**P.O. Box 181**
**Frankfort, KY 0602-0181**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **9896** | ☐ Yes |

---

**3.121**

**Nonpriority creditor's name and mailing address**
**Department of Revenue**
**P.O. Box 23050**
**Jackson, MS 39225-3050**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | **1302** | ☐ Yes |

---

**3.122**

**Nonpriority creditor's name and mailing address**
**Department of Revenue**
**300A Outlet Pointe Boulevard**
**Columbia, SC 29210**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | **Hyphen Construction Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1302**

---

| 3.12<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**Department of Taxation**
**1550 College Parkway, Suite115**
**Carson City, NV 89706**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **8325**

---

| 3.12<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**Department of the Secretary of State**
**P.O. Box 29622**
**Raleigh, NC 27626-0622**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **6794**

---

| 3.12<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**Department of Treasury**
**P.O. Box 30140**
**Lansing, MI 48909-7640**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1302**

---

| 3.12<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$61,542.00** |
|---|---|---|---|

Debtor    **Hyphen Construction  Group, Inc.**
_____
Name

Case number (if known)    **16-40057**
_____

**Design Construction Inc.**
**270 Cougar Terrace**
**Hot Springs, AR 71913**
_____

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
_____

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    _____

■ No
☐ Yes

---

| 3.12 7 |

**Nonpriority creditor's name and mailing address**
**DFW Commercial Construction**
**747 Shady Ln.**
**Southlake, TX 76092**
_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:
_____

$16,124.92

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    _____

■ No
☐ Yes

---

| 3.12 8 |

**Nonpriority creditor's name and mailing address**
**Dinesh Chandiramani**
**5315 Stone Falls Ln.**
**Dallas, TX 75287**
_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Unknown

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    _____

■ No
☐ Yes

---

| 3.12 9 |

**Nonpriority creditor's name and mailing address**
**Discount Waste, Inc.**
**3595 Engineering Drive**
**Norcross, GA 30092**
_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

$20,459.40

Date or dates debt was incurred    _____

Is the claim subject to offset?

Last 4 digits of account number    _____

■ No
☐ Yes

---

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

| 3.13<br>0 | **Nonpriority creditor's name and mailing address**<br>**DISH Network**<br>**DEPT 0063**<br>**Palatine, IL 06005-5063** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $837.70 |
|---|---|---|---|
| | | Basis for the claim: | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number | ■ No<br>☐ Yes | |

| 3.13<br>1 | **Nonpriority creditor's name and mailing address**<br>**Distinctive Contract Services**<br>**1646 West Hwy 160 Suite 8142**<br>**Fort Mill, SC 29708** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $899.00 |
|---|---|---|---|
| | | Basis for the claim: | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number | ■ No<br>☐ Yes | |

| 3.13<br>2 | **Nonpriority creditor's name and mailing address**<br>**Diversified Consultants**<br>**P.O. Box 551268**<br>**Jacksonville, FL 32255** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $107.17 |
|---|---|---|---|
| | | Basis for the claim: | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number | ■ No<br>☐ Yes | |

| 3.13<br>3 | **Nonpriority creditor's name and mailing address**<br>**DOC Disposal**<br>**1601 Idlewilde Dr.**<br>**Midland, TX 79703** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,995.25 |
|---|---|---|---|
| | | Basis for the claim: | |

Debtor   **Hyphen Construction  Group, Inc.**  _____   Case number (if known)   **16-40057**
　　　　　　Name

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.13 | | | |
|---|---|---|---|
| 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$102,059.96** |
| | **EDSS (Energy Design Service Systems, LLC** | Check all that apply. | |
| | **7050 Jomar Drive** | ☐ Contingent | |
| | **Whitmore Lake, MI 48189** | ☐ Unliquidated | |
| | | ■ Disputed | |
| | | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.13 | | | |
|---|---|---|---|
| 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$514.00** |
| | **Electrical Service & More** | Check all that apply. | |
| | **1311 Boston Hollow Road** | ☐ Contingent | |
| | **McKeesport, PA 15135** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.13 | | | |
|---|---|---|---|
| 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$73,963.48** |
| | **Empire Group 1** | Check all that apply. | |
| | **2701 W. Britton Road** | ☐ Contingent | |
| | **Oklahoma City, OK 73112** | ☐ Unliquidated | |
| | | ■ Disputed | |
| | | **Basis for the claim:** _____ | |

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.13 | | | |
|---|---|---|---|
| 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,572.26** |
| | **Energy Waste** | Check all that apply. | |
| | **PO Box 731152** | ☐ Contingent | |
| | **Dallas, TX 75373-1152** | ☐ Unliquidated | |
| | | ☐ Disputed | |

Debtor    **Hyphen Construction  Group, Inc.**                          Case number (if known)    **16-40057**
　　　　　Name

---

Basis for the claim:

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number _____    ■ No
　　　　　　　　　　　　　　　　　　　　　　　　　□ Yes

---

| 3.13 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,102.00 |

**Equity Trust Company**
**3223 Preston Hall**
**San Antonio, TX 78247**

As of the petition filing date, the claim is:
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number _____    ■ No
　　　　　　　　　　　　　　　　　　　　　　　　　□ Yes

---

| 3.13 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,850.00 |

**Equity Trust Company**
**3223 Preston Hall**
**San Antonio, TX 78248**

As of the petition filing date, the claim is:
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:    **Troy English**

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number _____    ■ No
　　　　　　　　　　　　　　　　　　　　　　　　　□ Yes

---

| 3.14 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $687.50 |

**Eric A. Liepins, P.C.**
**12770 Coit Road, Suite # 1100**
**Dallas, TX 75251**

As of the petition filing date, the claim is:
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

Basis for the claim:

Date or dates debt was incurred _____    Is the claim subject to offset?

Last 4 digits of account number _____    ■ No
　　　　　　　　　　　　　　　　　　　　　　　　　□ Yes

---

| 3.14 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,700.00 |

**ESP Services, Inc.**
**3500 W. Pioneer Pkwy**
**Arlington, TX 76013**

As of the petition filing date, the claim is:
Check all that apply.
□ Contingent
□ Unliquidated
□ Disputed

---

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |
| | Name | | |

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.14 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$200.01** |
| | **Fairfield Inn & Suites** | Check all that apply. | |

**13900 Parkside Ctr.Blvd.**
**Dallas, TX 75244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **100**

---

| 3.14 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,500.00** |
| | **Fast Line Striping & Seal Coating** | Check all that apply. | |

**3802 Fairgreen Ct.**
**Midland, TX 79707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.14 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$129.93** |
| | **FedEx** | Check all that apply. | |

**P.O. Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **9846**

---

| 3.14 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$925.06** |

Debtor    **Hyphen Construction  Group, Inc.**                                    Case number (if known)    **16-40057**
_____
Name

**Ferguson Enterprises, Inc.**                        *Check all that apply.*
**PO Box 847411**                                       ☐ Contingent
**Dallas, TX 75284-7411**                               ☐ Unliquidated
                                                        ☐ Disputed

                                                        Basis for the claim:
                                                        _____

Date or dates debt was incurred    _____      **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number    **7486**             ☐ Yes

---

| 3.14<br>6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **$18,504.50**
**Flat Rock Concrete**                                  *Check all that apply.*
**6200 Midway Rd.**                                     ☐ Contingent
**Haltom City, TX 76117**                               ☐ Unliquidated
                                                        ■ Disputed

                                                        Basis for the claim:
                                                        _____

Date or dates debt was incurred    _____      **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number    _____      ☐ Yes

---

| 3.14<br>7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Unknown**
**Florida Department of Revenue**                       *Check all that apply.*
**5050 W. Tennessee St**                                ☐ Contingent
**Tallahassee, FL 32399-0180**                          ☐ Unliquidated
                                                        ☐ Disputed

                                                        Basis for the claim:
                                                        _____

Date or dates debt was incurred    _____      **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number    **1302**             ☐ Yes

---

| 3.14<br>8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **Unknown**
**Florida Department of State (Division of**            *Check all that apply.*
**P.O. Box 6327**                                       ☐ Contingent
**Tallahassee, FL 32301**                               ☐ Unliquidated
                                                        ☐ Disputed

                                                        Basis for the claim:
                                                        _____

Date or dates debt was incurred    _____      **Is the claim subject to offset?**

                                                        ■ No
Last 4 digits of account number    **3802**             ☐ Yes

---

| Debtor | **Hyphen Construction Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

| 3.14 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $124,201.06 |
|---|---|---|---|

**Fox Valley Construction Group Inc.**
**1061 N. Raddant Rd.**
**Bataria, IL 60510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $804,104.19 |
|---|---|---|---|

**Foxworth-Galbraith Lumber Company**
**4965 Preston Park Blvd - #400**
**Plano, TX 75093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number   **5437**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $126,767.54 |
|---|---|---|---|

**FPS Fire Protection Specialists, LP**
**2429 E. Loop 820 N.**
**Fort Worth, TX 76118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $217,791.00 |
|---|---|---|---|

**FPS Fire Sprinkler LLC**
**2429 E. Loop 820 N.**
**Fort Worth, TX 76118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |
|--------|-------------------------------------|------------------------|--------------|
|        | Name                                |                        |              |

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.15 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|
| | **Frank Gomez Construction Co.** | Check all that apply. | |
| | **706 N. Main** | ☐ Contingent | |
| | **Seminole, TX 79360** | ☐ Unliquidated | |
| | | ■ Disputed | |
| | | **Basis for the claim:** | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.15 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$75,235.70** |
|---|---|---|---|
| | **Garcia Masonry Inc.** | Check all that apply. | |
| | **26512 W. Fox Trail** | ☐ Contingent | |
| | **Channahon, IL 60410** | ☐ Unliquidated | |
| | | ■ Disputed | |
| | | **Basis for the claim:** | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.15 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,400.00** |
|---|---|---|---|
| | **Garcia's Drywall Contractors, Inc.** | Check all that apply. | |
| | **3058 Topaz Ln.** | ☐ Contingent | |
| | **Farmers Branch, TX 75234** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.15 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$151.66** |
|---|---|---|---|
| | **Gary D Hamilton** | Check all that apply. | |
| | **2805 Meander Road** | ☐ Contingent | |
| | **Granbury, TX 76049** | ☐ Unliquidated | |
| | | ☐ Disputed | |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hyphen Construction Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.15 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gateway Glass Co.**
502 Guadalupe St.
Laredo, TX 78040

_____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
_____

**$43,173.64**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.15 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**GenPro Lighting Solutions**
1100 N. Florida Ave.
Tampa, FL 33602

_____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
_____

**$113,098.82**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.15 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gentzler Electric Services, Inc.**
11545 Pagemill RD. #200
Dallas, TX 75229

_____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
_____

**$6,340.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.16 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

**$24,182.00**

---

| Debtor | Hyphen Construction Group, Inc. | Case number (if known) | 16-40057 |
|---|---|---|---|
| | Name | | |

**George's Northwest Glass, Inc.**
**6101 Kennedy Ave.**
**Hammon, IN 46323**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16 1**

Nonpriority creditor's name and mailing address
**Georgia Professional Licensing Board**
**237 Coliseum Drive**
**Macon, GA 31217**

As of the petition filing date, the claim is:          **Unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    **2772**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16 2**

Nonpriority creditor's name and mailing address
**Georgia Tax Center**
**713 Forest Pkwy**
**Forest Park, GA 30297**

As of the petition filing date, the claim is:          **Unknown**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number    **0160**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16 3**

Nonpriority creditor's name and mailing address
**GHT Metals, LLC**
**910 18th Street**
**Plano, TX 75074**

As of the petition filing date, the claim is:          **$105,114.06**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Hyphen Construction Group, Inc.** | Case number (*if known*) | **16-40057** |
|---|---|---|---|
| | Name | | |

| 3.16 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $69,327.00 |
|---|---|---|---|

**Glasshouse**
**PO Box 192449**
**Dallas, TX 75219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.16 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $19,600.50 |
|---|---|---|---|

**GO Construction Corporation**
**PO Box 962218**
**El Paso, TX 79996**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.16 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $27.14 |
|---|---|---|---|

**GoDaddy.com, Inc.**
**14455 N. Hayden Rd., Ste. 226**
**Scottsdale, AZ 85260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

---

| 3.16 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $35,239.28 |
|---|---|---|---|

**Granite Tech, Incorporated**
**104 Landenberg Road, Suite 3**
**Landenberg, PA 19350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

---

| Debtor | Hyphen Construction Group, Inc. | Case number (if known) | 16-40057 |
|---|---|---|---|
| | Name | | |

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.16 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Griffith Davison & Shurtleff, P.C.**
**13737 Noel Road, Suite 850**
**Dallas, TX 75240**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**$15,610.60**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.16 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Guerrero's Construction, Inc.**
**23300 N. IH-35**
**West, TX 76691**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

**$35,381.40**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

☐ No
☐ Yes

---

| 3.17 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**GUR Construction LLC**
**1305 E. Hackberry Ave.**
**McAllen, TX 78501**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

**$160,742.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.17 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Guthrie Elevator Co., LLC**
**PO Box 851550**
**Mesquite, TX 75185-1550**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Unknown**

---

Debtor   **Hyphen Construction  Group, Inc.**

Name

Case number (if known)   **16-40057**

---

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.17 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$64,013.66** |
|---|---|---|---|
| | **H & E Equipment Services** | Check all that apply. | |
| | **PO Box 849850** | ☐ Contingent | |
| | **Dallas, TX 75284-9850** | ☐ Unliquidated | |
| | | ■ Disputed | |

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **6850**

☐ Yes

---

| 3.17 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$390.00** |
|---|---|---|---|
| | **H. E. Neumann Company** | Check all that apply. | |
| | **100 Middle Creek Rd.** | ☐ Contingent | |
| | **Tridelphia, WV 26059** | ☐ Unliquidated | |
| | | ■ Disputed | |

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.17 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$49,279.00** |
|---|---|---|---|
| | **H6 Restoration, LLC.** | Check all that apply. | |
| | **4437 Early Morn Dr.** | ☐ Contingent | |
| | **Plano, TX 75093** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.17 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$121.00** |
|---|---|---|---|

---

| Debtor | Hyphen Construction  Group, Inc. | | Case number (if known) | 16-40057 |
|---|---|---|---|---|
| | Name | | | |

**Harmonic Design, Inc.**
**24020 Northern Illinois Dr., Unit D**
**Channahon, IL 60410**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

**3.17 6**

Nonpriority creditor's name and mailing address

**Harris Plastering and Construction, Inc.**
**955 Carson Cove, Suite A**
**Conway, AR 72034**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

$188,060.00

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

**3.17 7**

Nonpriority creditor's name and mailing address

**HC Supply**
**PO Box 1062**
**Woodstock, GA 30188**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

$7,213.71

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

**3.17 8**

Nonpriority creditor's name and mailing address

**Hise Renovations, Inc.**
**5008 S. Georgia Terrace**
**Oklahoma City, OK 73129**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

$38,121.00

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| Debtor | **Hyphen Construction Group, Inc.** | Case number *(if known)* | **16-40057** |
|---|---|---|---|
| | Name | | |

| 3.17 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,298.87 |
|---|---|---|---|

| 3.17 9 | **Nonpriority creditor's name and mailing address**<br>**Holmes Construction Co., LP**<br>**P.O. Box 50307**<br>**Amarillo, TX 79159** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $7,298.87 |
|---|---|---|---|
| | Date or dates debt was incurred | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| | Last 4 digits of account number | | |

| 3.18 0 | **Nonpriority creditor's name and mailing address**<br>**Home Depot Credit Services**<br>**P.O. Box 6031**<br>**The Lakes, NV 88901-6031** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: | $16,761.46 |
|---|---|---|---|
| | Date or dates debt was incurred | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| | Last 4 digits of account number   **0832** | | |

| 3.18 1 | **Nonpriority creditor's name and mailing address**<br>**Hopper Excavation, LLC**<br>**3700 SW US Hwy 377**<br>**Dublin, TX 76446** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: | $58,334.52 |
|---|---|---|---|
| | Date or dates debt was incurred | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| | Last 4 digits of account number | | |

| 3.18 2 | **Nonpriority creditor's name and mailing address**<br>**Hospitality Management Corporation**<br>**17950 Preston Road Suite 710**<br>**Dallas, TX 75252** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: | $50,000.00 |
|---|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | **Hyphen Construction  Group, Inc.** | Case number *(if known)* | **16-40057** |
|---|---|---|---|
| | Name | | |

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.18 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $14,586.68 |
|---|---|---|---|

**Hotel & Resort Interiors Inc.**
**1321 Precision Dr., Ste 500**
**Plano, TX 75074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.18 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $715.92 |
|---|---|---|---|

**Hoving Pit Stop**
**2351 Powis Rd.**
**West Chicago, IL 60185**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.18 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $37,896.76 |
|---|---|---|---|

**HRI Installation Services Inc.**
**1321 Precision Dr. Suite 500**
**Plano, TX 75074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No

☐ Yes

---

| 3.18 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $67,166.37 |
|---|---|---|---|

**Hudec Woodworking Corp.**
**148 N. Ivanhoe Ct.**
**Griffith, IN 46319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |

Name

Basis for the claim:

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | | ☐ Yes |

---

**3.18 7**

Nonpriority creditor's name and mailing address
**Idaho State Tax Commission
800 E. Park Blvd., Plaza IV
Boise, ID 83712-7742**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Unknown**

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | **1302** | ☐ Yes |

---

**3.18 8**

Nonpriority creditor's name and mailing address
**Illinois Department of Revenue
P.O. Box 19053
Springfield, IL 62794-9053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Unknown**

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | **1302** | ☐ Yes |

---

**3.18 9**

Nonpriority creditor's name and mailing address
**Indiana Department of Revenue
P.O. Box 6077
Indianapolis, IN 46206-6077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Unknown**

| Date or dates debt was incurred | | Is the claim subject to offset? |
| --- | --- | --- |
| | | ■ No |
| Last 4 digits of account number | **1302** | ☐ Yes |

---

**3.19 0**

Nonpriority creditor's name and mailing address
**InPro Corporation
PO Box 720
Muskego, WI 53150**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,740.62**

---

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number   **4043**

---

| 3.19 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Intrinsic Hospitality, LLC**
**16775 Addison Rd., Suite 203**
**Addison, TX 75001**

**As of the petition filing date, the claim is:**                    **$139,854.09**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.19 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**ISP, LLC**
**6407 West University Blvd.**
**Odessa, TX 79763**

**As of the petition filing date, the claim is:**                    **$11,090.36**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.19 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**J.F. Services, Inc.**
**9818 Monroe**
**Dallas, TX 75220**

**As of the petition filing date, the claim is:**                    **Unknown**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.19 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**                    **$88,489.58**

---

Debtor   **Hyphen Construction  Group, Inc.**
Name                                                       Case number (if known)   **16-40057**

**J.K. Cherry, Inc.**
**3306 FM 824**
**Honey Grove, TX 75446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.19 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

**Jara Hotels, LLC**
**1601 Welch, Suite B**
**Houston, TX 77006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.19 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,000.00** |

**Jefferson Construction, Inc.**
**1219 Cedar Ridge Rd. W.**
**Heath, TX 75032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.19 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$15,482.40** |

**Jeffrey Fauss**
**1121 Grey Fox Dr.**
**Savannah, TX 76227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor    **Hyphen Construction  Group, Inc.**                                    Case number (if known)    **16-40057**
_____
Name

| 3.19 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JG Electric Corp.**
**3125 Fieldview Dr**
**Garland, TX 75044**

As of the petition filing date, the claim is:                                    **$195.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number                    ■ No
                                                   ☐ Yes

---

| 3.19 9 |
|---|

**Nonpriority creditor's name and mailing address**

**JKC Corporation, LLC**
**3306 FM 824**
**Honey Grove, TX 75446**

As of the petition filing date, the claim is:                                    **$86,665.20**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number                    ■ No
                                                   ☐ Yes

---

| 3.20 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Jones Bros. MFG., Inc.**
**1401 S. Grandview**
**Odessa, TX 79761**

As of the petition filing date, the claim is:                                    **$1,572.25**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred                    **Is the claim subject to offset?**

Last 4 digits of account number                    ■ No
                                                   ☐ Yes

---

| 3.20 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Kaba Ilco Inc.**
**P.O. Box 12553**
**Montreal, Quebec**
**Canada H3C 6R1**

As of the petition filing date, the claim is:                                    **$15,237.51**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

---

Debtor   **Hyphen Construction  Group, Inc.**
_____
Name

Case number (if known)   **16-40057**
_____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number **6001** _____ | ☐ Yes |

---

| 3.20 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Kaba/SAFLOK**
**31750 Sherman Ave.**
**Madison Heights, MI 48071**
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**$50,127.86**

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.20 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Kalli Hotels, Inc.**
**8206 E. Hwy. 103**
**Lufkin, TX 75901-1053**
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
_____

**Unknown**

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ☐ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.20 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Kancor Multifamily, LLC**
**735 Primera Blvd., Ste 200**
**Lake Mary, FL 32746**
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
_____

**$315,691.98**

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.20 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Kansas Department of Revenue**
**915 SW Harrison St**
**Topeka, KS 66625-2007**
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

---

Debtor   **Hyphen Construction Group, Inc.**                                  Case number (if known)   **16-40057**
_____Name_____

Basis for the claim: _____

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number   **1302**            ■ No
                                                      ☐ Yes

---

| 3.20 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

**KFK Group**
**1205 St. Charles Ave., Suite D**
**New Orleans, LA 70130**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number _____      ■ No
                                                      ☐ Yes

---

| 3.20 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79,637.85** |

**Koch Construction Co., Inc.**
**6131 Edith Blvd NE, Suite C**
**Albuquerque, NM 87107-5052**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number _____      ■ No
                                                      ☐ Yes

---

| 3.20 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$91,818.61** |

**L.A. Fuller & Sons Construction, LTD.**
**9401 East Amarillo Blvd.**
**Amarillo, TX 79108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____   Is the claim subject to offset?

Last 4 digits of account number _____      ■ No
                                                      ☐ Yes

---

| 3.20 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$29,175.24** |

---

Debtor   **Hyphen Construction  Group, Inc.**                                    Case number (if known)   **16-40057**
_____
Name

**Labor Ready Central, Inc.**                    *Check all that apply.*
**PO Box 676412**                                 ☐ Contingent
**Dallas, TX 75267**                              ☐ Unliquidated
                                                  ☐ Disputed

                                                  **Basis for the claim:**
                                                  _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**
                                                  ☑ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.21 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,134.03** |

**LANwire Systems, LLC**                          *Check all that apply.*
**6913 K Avenue, Suite 309**                      ☐ Contingent
**Plano, TX 75074**                               ☐ Unliquidated
                                                  ☑ Disputed

                                                  **Basis for the claim:**
                                                  _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**
                                                  ☑ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.21 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$48,469.90** |

**LGC Stoneworks, Inc.**                          *Check all that apply.*
**6944 Venture Cir.**                             ☐ Contingent
**Orlando, FL 32807**                             ☐ Unliquidated
                                                  ☐ Disputed

                                                  **Basis for the claim:**
                                                  _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**
                                                  ☑ No
Last 4 digits of account number   _____   ☐ Yes

---

| 3.21 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$303,227.06** |

**Loma Linda Interiors, Inc.**                    *Check all that apply.*
**4426 HWY 276**                                  ☐ Contingent
**Rockwall, TX 75032**                            ☐ Unliquidated
                                                  ☑ Disputed

                                                  **Basis for the claim:**
                                                  _____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**
                                                  ☑ No
Last 4 digits of account number   _____   ☐ Yes

---

| Debtor | **Hyphen Construction Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

---

**3.21
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,177.00** |
|---|---|---|
| **London Leasing LLC** | Check all that apply. | |
| **4401 Atlantic Avenue** | ☐ Contingent | |
| **Raleigh, NC 27604** | ☐ Unliquidated | |
| | ☐ Disputed | |

Basis for the claim:

| Date or dates debt was incurred | Is the claim subject to offset? |
|---|---|
| | ☑ No |
| Last 4 digits of account number **0000** | ☐ Yes |

---

**3.21
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$53,627.92** |
|---|---|---|
| **Longhorn Building Materials, Inc.** | Check all that apply. | |
| **4025 Mint Way** | ☐ Contingent | |
| **Dallas, TX 75237** | ☐ Unliquidated | |
| | ☐ Disputed | |

Basis for the claim:

| Date or dates debt was incurred | Is the claim subject to offset? |
|---|---|
| | ☑ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.21
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|
| **Louisiana Department of Revenue** | Check all that apply. | |
| **617 N. Third St** | ☐ Contingent | |
| **Baton Rouge, LA 70802** | ☐ Unliquidated | |
| | ☐ Disputed | |

Basis for the claim:

| Date or dates debt was incurred | Is the claim subject to offset? |
|---|---|
| | ☑ No |
| Last 4 digits of account number **6001** | ☐ Yes |

---

**3.21
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|
| **Louisiana Secretary of State** | Check all that apply. | |
| **P.O. Box 94125** | ☐ Contingent | |
| **Baton Rouge, LA 70804-9125** | ☐ Unliquidated | |
| | ☐ Disputed | |

Basis for the claim:

---

| Debtor | Hyphen Construction Group, Inc. | Case number (if known) | 16-40057 |
|---|---|---|---|
| | Name | | |

| | | Date or dates debt was incurred | | Is the claim subject to offset? | |
|---|---|---|---|---|---|

Last 4 digits of account number    **318F**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.21 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,584.66** |
|---|---|---|---|

**Lowe's**
**P.O. Box 530954**
**Atlanta, GA 30353-0954**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.21 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$581.83** |
|---|---|---|---|

**Lowe's**
**P.O. Box 530954**
**Atlanta, GA 30353-0954**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    **4128**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.21 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$249,381.40** |
|---|---|---|---|

**M.R. Concrete Construction**
**6200 Midway Rd.**
**Haltom City, TX 76117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.22 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**MAG Development**
**26032 Pine Oak Dr.**
**Hockley, TX 77447**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| Debtor | Hyphen Construction  Group, Inc. | Case number (if known) | 16-40057 |
|---|---|---|---|
| | Name | | |

**Basis for the claim:**

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ☒ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.22 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|
| | **Mahesh P.Chandiramani**<br>**5608 Ventana Trail**<br>**Dallas, TX 75252** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ☒ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.22 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|
| | **Maine Revenue Service**<br>**P.O. Box 9107**<br>**Augusta, ME 04332-9107** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ☒ No |
| Last 4 digits of account number | **1302** | ☐ Yes |

---

| 3.22 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$57,248.98** |
|---|---|---|---|
| | **Martin & Martin Law, P. C.**<br>**3930 McKinney Ave. Suite# 161**<br>**Dallas, TX 75204** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

**Basis for the claim:**

| Date or dates debt was incurred | | Is the claim subject to offset? |
|---|---|---|
| | | ☒ No |
| Last 4 digits of account number | | ☐ Yes |

---

| 3.22 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,800.00** |
|---|---|---|---|

---

Debtor    **Hyphen Construction  Group, Inc.**                                          Case number (if known)    **16-40057**
_____                                        _____
Name

**Martin Construction Specialties, LLC**               *Check all that apply.*
**PO Box 24655**                                       ☐ Contingent
**Kansas City, MO 64131**                              ☐ Unliquidated
                                                       ■ Disputed

                                                       Basis for the claim:
                                                       _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                       ☐ Yes

---

| 3.22 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$790.23** |

**Max's Services**                                     *Check all that apply.*
**PO Box 173**                                         ☐ Contingent
**Pleasanton, TX 78064**                               ☐ Unliquidated
                                                       ☐ Disputed

                                                       Basis for the claim:
                                                       _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                       ☐ Yes

---

| 3.22 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,400.00** |

**McNeil Group, Inc.**                                 *Check all that apply.*
**385 Oxford Valley Road, Suite 420**                  ☐ Contingent
**Morrisville, PA 19067**                              ☐ Unliquidated
                                                       ☐ Disputed

                                                       Basis for the claim:
                                                       _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    **PHEN**            ■ No
                                                       ☐ Yes

---

| 3.22 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

**MG Pools LLC**                                       *Check all that apply.*
**1700 Commerce Street,**                              ☐ Contingent
**Dallas, TX 75201**                                   ☐ Unliquidated
                                                       ■ Disputed

                                                       Basis for the claim:
                                                       _____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    _____    ■ No
                                                       ☐ Yes

---

| Debtor | Hyphen Construction Group, Inc. | Case number (if known) | 16-40057 |
|---|---|---|---|
| | Name | | |

| 3.22 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $36,194.32 |
|---|---|---|---|

**Microtel Inn & Suites**
**200 W. Longview Ave**
**Midland, TX 79701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.22 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,236.50 |
|---|---|---|---|

**Microtel Inn & Suites**
**1311 Brush Country Lane**
**Pleasanton, TX 78064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.23 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $950.40 |
|---|---|---|---|

**Mike's Septic Service**
**PO Box 1041**
**George West, TX 78022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.23 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $117,738.70 |
|---|---|---|---|

**Mimbela Contractors, Inc.**
**4421 Apollo**
**El Paso, TX 79904**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.23 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,937.00** |

**Mincey Marble Mfg., Inc.**
**4321 Browns Bridge Rd**
**Gainesville, GA 30501**
_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.23 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

**Missouri Department of Revenue**
**P.O. Box 3300**
**Jefferson City, MO 35105-3300**
_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number    **0251**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.23 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$40,811.07** |

**Mobile Mini, Inc**
**PO Box 7144**
**Pasadena, CA 91109-7144**
_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number    **0200**

Is the claim subject to offset?

■ No
☐ Yes

---

| 3.23 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,625.36** |

**ModSpace**
**9101 NE Birmingham Rd.**
**Kansas City, MO 64161**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **Hyphen Construction  Group, Inc.**                                         Case number (if known)   **16-40057**
_____
Name

**Basis for the claim:**
_____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   _____   ■ No
                                                         ☐ Yes

---

| 3.23 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$199.00** |

**Mopro**
**275 McCormick Ave.**
**Building B**
**Costa Mesa, CA 92626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   _____   ■ No
                                                         ☐ Yes

---

| 3.23 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Moriah Hospitality Kenedy, LLC**
**303 W. Wall, Suite 1500**
**Midland, TX 79704**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   _____   ■ No
                                                         ☐ Yes

---

| 3.23 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$67,630.25** |

**MPL Corporation**
**203 North Edgerton**
**Fairfeield, IN 46126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____   **Is the claim subject to offset?**

Last 4 digits of account number   _____   ■ No
                                                         ☐ Yes

---

| 3.23 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16,075.00** |

Debtor    **Hyphen Construction  Group, Inc.**                                    Case number (if known)    **16-40057**
_____
Name

**MROD Co, LLC**                                    *Check all that apply.*
**PO Box 242547**                                   ☐ Contingent
**San Antonio, TX 78224**                           ☐ Unliquidated
                                                    ■ Disputed

                                                    **Basis for the claim:**
                                                    _____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

                                                    ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.24 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,601.90** |

| 3.24 0 | **National Construction Rentals** <br> **PO Box 4503** <br> **Pacoima, CA 91333** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed |

**Basis for the claim:**
_____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

                                                    ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.24 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$750.00** |

**National Escrow**
**365 Northridge Rd.**
**Atlanta, GA 30350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

                                                    ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.24 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**National Minority Supplier Development**
**C**
**1359 Broadway, Suite 1000**
**New York, NY 10018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

                                                    ■ No
Last 4 digits of account number    **6220**    ☐ Yes

---

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

---

**3.24 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.18 |
|---|---|---|
| **National Telesystems, Inc.** | Check all that apply. | |
| **10525 Newkirk, Suite 220** | ☐ Contingent | |
| **Dallas, TX 75220** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

---

**3.24 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,327.50 |
|---|---|---|
| **Nations Renovations, LLC** | Check all that apply. | |
| **10991 Petal St., Suite A** | ☐ Contingent | |
| **Dallas, TX 75238** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

---

**3.24 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,125.00 |
|---|---|---|
| **NB Door & Speciality** | Check all that apply. | |
| **1495 Business 35, Suite 150** | ☐ Contingent | |
| **New Braunfels, TX 78130** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | ■ No | |
| Last 4 digits of account number | ☐ Yes | |

---

**3.24 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|
| **Nebraska Department of** | Check all that apply. | |
| **Labor-Contractor** | ☐ Contingent | |
| **550 So. 16th St** | ☐ Unliquidated | |
| **Lincoln, NE 68508** | ☐ Disputed | |
| | **Basis for the claim:** | |

---

| Debtor | **Hyphen Construction Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| Date or dates debt was incurred | | **Is the claim subject to offset?** |
| Last 4 digits of account number | **6908** | ■ No<br>☐ Yes |

---

**3.24 7**

**Nonpriority creditor's name and mailing address**
**Nebraska Department of Revenue**
P.O. Box 94818
Lincoln, NE 68509-4818

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Unknown**

| | | |
|---|---|---|
| Date or dates debt was incurred | | **Is the claim subject to offset?** |
| Last 4 digits of account number | **7817** | ■ No<br>☐ Yes |

---

**3.24 8**

**Nonpriority creditor's name and mailing address**
**Nebraska Electrical Services LLC**
10176 L Street
Omaha, NE 68127

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$30,595.00**

| | | |
|---|---|---|
| Date or dates debt was incurred | | **Is the claim subject to offset?** |
| Last 4 digits of account number | | ■ No<br>☐ Yes |

---

**3.24 9**

**Nonpriority creditor's name and mailing address**
**Nevada State Contractor Board**
2310 Corporate Circle, Suite 200
Henderson, NV 89074

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Unknown**

| | | |
|---|---|---|
| Date or dates debt was incurred | | **Is the claim subject to offset?** |
| Last 4 digits of account number | **6035** | ■ No<br>☐ Yes |

---

**3.25 0**

**Nonpriority creditor's name and mailing address**
**New Life Painting & Remodel, LLC**
2005 College Ave.
Midland, TX 79701

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,800.00**

---

Debtor  **Hyphen Construction Group, Inc.**
Name

Case number (if known)   **16-40057**

---

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.25 1 | **Nonpriority creditor's name and mailing address**<br>**New Mexico Secretary of State**<br>**325 Don Gaspar, Suite 300**<br>**Santa Fe, NM 87501** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number   **7437**

☐ Yes

---

| 3.25 2 | **Nonpriority creditor's name and mailing address**<br>**New York State Department of Taxation**<br>**&**<br>**W A Harriman Campus**<br>**Albany, NY 12227-0001** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number   **1302**

☐ Yes

---

| 3.25 3 | **Nonpriority creditor's name and mailing address**<br>**Next Step, LLC**<br>**1103 Keller Parkway, Suite 206**<br>**Keller, TX 76248** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$56,519.69** |
|---|---|---|---|

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

| 3.25 4 | **Nonpriority creditor's name and mailing address**<br>**NORTH CAROLINA DEPARTMENT OF**<br>**REVENUE**<br>**P.O. Box 25000**<br>**Raleigh, NC 27640-0530** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
|---|---|---|---|

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **Hyphen Construction  Group, Inc.**                                   Case number (if known)    **16-40057**
Name

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number    **1302**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.25 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$75.00** |

**North Carolina Licensing Board for GC**
**P.O.Box 17187**
**Raleigh, NC 27619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.25 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**North Carolina Licensing Board of**
**Genera**
**P.O. Box 17187**
**Raleigh, NC 27619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number    **8701**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.25 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**NYS Division of Corporations**
**One Commerce Plaza**
**Albany, NY 01223-1001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number    **7705**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.25 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,077.50** |

---

Debtor      **Hyphen Construction  Group, Inc.**                              Case number (if known)   **16-40057**
_____
          Name

**O'Hara's Son Roofing Company**          *Check all that apply.*
**3306 N. Knox Ave.**                     ☐ Contingent
**Chicago, IL 60641**                     ☐ Unliquidated
                                          ■ Disputed

                                          **Basis for the claim:**
                                          _____

Date or dates debt was incurred           **Is the claim subject to offset?**
          _____
                                          ■ No
Last 4 digits of account number           ☐ Yes
          _____

---

| 3.25 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Office of Nevada Secretary of State**      *Check all that apply.*
**101 North Carson Street, Suite 3**         ☐ Contingent
**Carson City, NV 89701**                    ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:**
                                             _____

Date or dates debt was incurred              **Is the claim subject to offset?**
          _____
                                             ■ No
Last 4 digits of account number   **0103**   ☐ Yes

---

| 3.26 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Office of the Georgia Secretary of State**    *Check all that apply.*
**2 MLK, Jr. Dr. Suite 313, Floyd West Tow**    ☐ Contingent
**Atlanta, GA 30334-1530**                      ☐ Unliquidated
                                                ☐ Disputed

                                                **Basis for the claim:**
                                                _____

Date or dates debt was incurred                 **Is the claim subject to offset?**
          _____
                                                ■ No
Last 4 digits of account number   **6195**      ☐ Yes

---

| 3.26 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Office of the Secretary of State**      *Check all that apply.*
**328 Howlett Bldg.**                     ☐ Contingent
**Springfield, IL 62756**                 ☐ Unliquidated
                                          ☐ Disputed

                                          **Basis for the claim:**
                                          _____

Date or dates debt was incurred           **Is the claim subject to offset?**
          _____
                                          ■ No
Last 4 digits of account number   **9887**   ☐ Yes

---

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (*if known*) | **16-40057** |
|---|---|---|---|
| | Name | | |

| 3.26 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Oklahoma Secretary of State**
**421 NW 13th St, Suite 210/220**
**Oklahoma City, OK 73103**

As of the petition filing date, the claim is:    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **0702**

---

| 3.26 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Oklahoma Tax Commission**
**P.O. Box 26800**
**Oklahoma City, OK 73126-0800**

As of the petition filing date, the claim is:    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **4804**

---

| 3.26 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Oklahoma Tax Commission**
**P.O. Box 26800**
**Oklahoma City, OK 73126-0800**

As of the petition filing date, the claim is:    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **4805**

---

| 3.26 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**One Main Place, LLC**
**1205 St. Charles Ave., Suite 3**
**New Orleans, LA 70130**

As of the petition filing date, the claim is:    **Unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor  **Hyphen Construction  Group, Inc.**
        _____
        Name

Case number (if known)  **16-40057**
        _____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.26 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **$39,884.93** |
| **Pangea Natural Stone, Inc.** | Check all that apply. | | |
| **PO Box 261934** | ☐ Contingent | | |
| **Plano, TX 75026** | ☐ Unliquidated | | |
| _____ | ■ Disputed | | |
| | **Basis for the claim:** _____ | | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | | |
| | ■ No | | |
| Last 4 digits of account number _____ | ☐ Yes | | |

---

| 3.26 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **$9,074.56** |
| **Patriot Construction Services, Inc.** | Check all that apply. | | |
| **8301 Highway 105** | ☐ Contingent | | |
| **Guthrie, TX 73044** | ☐ Unliquidated | | |
| _____ | ■ Disputed | | |
| | **Basis for the claim:** _____ | | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | | |
| | ■ No | | |
| Last 4 digits of account number _____ | ☐ Yes | | |

---

| 3.26 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Unknown** |
| **Pennsylvania Department of Revenue** | Check all that apply. | | |
| **P.O. Box 280701** | ☐ Contingent | | |
| **Harrisburg, PA 17128-0701** | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |
| | **Basis for the claim:** _____ | | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | | |
| | ■ No | | |
| Last 4 digits of account number  **9549** | ☐ Yes | | |

---

| 3.26 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Unknown** |
| **Pennsylvania Department of State** | Check all that apply. | | |
| **206 North Office Building** | ☐ Contingent | | |
| **Harrisburg, PA 17120** | ☐ Unliquidated | | |
| _____ | ☐ Disputed | | |

---

Debtor **Hyphen Construction  Group, Inc.**
Name

Case number (if known) **16-40057**

Basis for the claim:

| | |
|---|---|
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ■ No |
| Last 4 digits of account number **6748** | ☐ Yes |

---

**3.270**

**Nonpriority creditor's name and mailing address**
**Performance Piping Inc.**
**PO Box 487**
**Sherman, TX 75901**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$757,944.12**

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

**3.271**

**Nonpriority creditor's name and mailing address**
**Phillips Fabrication, Inc.**
**1305 E. Airpark Dr.**
**Big Spring, TX 79721**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$910.92**

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

**3.272**

**Nonpriority creditor's name and mailing address**
**Pleasanton Hotel, LLC**
**1601 Bryan Street, Suite M-200**
**Dallas, TX 75201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Unknown**

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

**3.273**

**Nonpriority creditor's name and mailing address**
**Poindexter Plumbing LLC**
**201 N. Main St.**
**Euffaula, OK 74432**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$12,408.00**

---

| Debtor | Hyphen Construction Group, Inc. | Case number (if known) | 16-40057 |
|---|---|---|---|
| | Name | | |

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.27 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$400.00** |
|---|---|---|---|

**Prairie Fence & Landscape Co.**
**44W378 Wheeler Rd.**
**Sugar Grove, IL 60554**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.27 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24,128.76** |
|---|---|---|---|

**Premium Assignment Corporation**
**PO Box 8000**
**Tallahassee, FL 32314-8000**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number   **7428**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.27 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$814,812.96** |
|---|---|---|---|

**Preston National Bank**
**5644 LBJ Freeway**
**Dallas, TX 75240**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number   **3628**

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.27 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,032.44** |
|---|---|---|---|

Debtor    **Hyphen Construction  Group, Inc.**                                        Case number (if known)    **16-40057**
_____
Name

**Principal Financial Group**                          *Check all that apply.*
**P.O. Box 10372**                                     ☐ Contingent
**Des Moines, IA 50392-0002**                          ☐ Unliquidated
                                                       ☐ Disputed
_____

                                                       Basis for the claim:  _____

Date or dates debt was incurred  _____     Is the claim subject to offset?

                                                       ■ No
Last 4 digits of account number  **0001**              ☐ Yes

---

| 3.27 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |

**Procore**                                            *Check all that apply.*
**639 Carpinteria Ave.**                               ☐ Contingent
**Carpinteria, CA 93013**                              ☐ Unliquidated
                                                       ☐ Disputed
_____

                                                       Basis for the claim:  **Bond** _____

Date or dates debt was incurred  _____     Is the claim subject to offset?

                                                       ■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.27 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |

**Procore**                                            *Check all that apply.*
**639 Carpinteria Ave**                                ☐ Contingent
**Carpinteria, CA 93013**                              ☐ Unliquidated
                                                       ☐ Disputed
_____

                                                       Basis for the claim:  _____

Date or dates debt was incurred  _____     Is the claim subject to offset?

                                                       ■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.28 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$37,434.70** |

**ProCrete Construction, LLC**                         *Check all that apply.*
**301 S Polk, Ste. 860**                               ☐ Contingent
**Amarillo, TX 79101**                                 ☐ Unliquidated
                                                       ☐ Disputed
_____

                                                       Basis for the claim:  _____

Date or dates debt was incurred  _____     Is the claim subject to offset?

                                                       ■ No
Last 4 digits of account number  _____     ☐ Yes

---

Debtor    **Hyphen Construction  Group, Inc.**                          Case number (if known)    **16-40057**
_____
Name

| | | |
|---|---|---|
| 3.28 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$234,373.44** |

| 3.28<br>1 | **Nonpriority creditor's name and mailing address**<br>**Progress Electric**<br>**PO Box 2429**<br>**Pottsboro, TX 75076** | As of the petition filing date, the claim is:    **$234,373.44**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: |
|---|---|---|
| | Date or dates debt was incurred | **Is the claim subject to offset?**<br>■ No |
| | Last 4 digits of account number | ☐ Yes |

| 3.28<br>2 | **Nonpriority creditor's name and mailing address**<br>**Promex General Remodeling Services**<br>**5225 La Jolla Ln.**<br>**Dallas, TX 75236** | As of the petition filing date, the claim is:    **$125,832.69**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: |
|---|---|---|
| | Date or dates debt was incurred | **Is the claim subject to offset?**<br>■ No |
| | Last 4 digits of account number | ☐ Yes |

| 3.28<br>3 | **Nonpriority creditor's name and mailing address**<br>**Pyramid Interiors Distributors**<br>**PO Box 2153**<br>**Birmingham, AL 35287-1919** | As of the petition filing date, the claim is:    **$35,094.71**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: |
|---|---|---|
| | Date or dates debt was incurred | **Is the claim subject to offset?**<br>■ No |
| | Last 4 digits of account number | ☐ Yes |

| 3.28<br>4 | **Nonpriority creditor's name and mailing address**<br>**Q-Haul, Inc.**<br>**P.O. Box 378**<br>**Tilden, TX 78072** | As of the petition filing date, the claim is:    **$50,829.49**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: |
|---|---|---|

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |
| --- | --- | --- | --- |
| | Name | | |

| | |
| --- | --- |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.28 5**

| | | |
| --- | --- | --- |
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$645.00** |
| **Quail Creek Apartments (Attn: Leasing Of** | Check all that apply. | |
| **6600 Plum Creek Drive** | ☐ Contingent | |
| **Amarillo, TX 79124** | ☐ Unliquidated | |
| | ☐ Disputed | |
| | | |
| | **Basis for the claim:** | |

| | |
| --- | --- |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.28 6**

| | | |
| --- | --- | --- |
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$106,373.48** |
| **Quick Roofing** | Check all that apply. | |
| **100 East Broadway** | ☐ Contingent | |
| **Kennedale, TX 76060** | ☐ Unliquidated | |
| | ■ Disputed | |
| | | |
| | **Basis for the claim:** | |

| | |
| --- | --- |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.28 7**

| | | |
| --- | --- | --- |
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$39,134.40** |
| **R.W. Holcomb, LLC** | Check all that apply. | |
| **4704 E. 6th Ave.** | ☐ Contingent | |
| **Stillwater, OK 74074** | ☐ Unliquidated | |
| | ■ Disputed | |
| | | |
| | **Basis for the claim:** | |

| | |
| --- | --- |
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

**3.28 8**

| | | |
| --- | --- | --- |
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,100.00** |
| **Rakowitz Engineering & Surveying** | Check all that apply. | |
| **PO Box 172** | ☐ Contingent | |
| **Pleasanton, TX 78064** | ☐ Unliquidated | |
| | ☐ Disputed | |

| Debtor | **Hyphen Construction Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|

Name

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.28 9 | **Nonpriority creditor's name and mailing address** **RAM Industries** **8600 Commerce Park Dr.** **Houston, TX 77036** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | **$402.69** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.29 0 | **Nonpriority creditor's name and mailing address** **RB Woodcraft, Inc.** **1860 Erie Blvd East** **Syracuse, NY 13210** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | **$216,942.41** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.29 1 | **Nonpriority creditor's name and mailing address** **ReeVCon Construction Management, LLC** **5459 Monticello Ave** **Dallas, TX 75206** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | **$7,500.00** |
|---|---|---|---|

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number

■ No
☐ Yes

---

| 3.29 2 | **Nonpriority creditor's name and mailing address** **Republic Services** **8220 W. HWY 80** **Midland, TX 79706** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$23,063.34** |
|---|---|---|---|

Debtor   **Hyphen Construction  Group, Inc.**                                    Case number (if known)   **16-40057**
        Name

---

Basis for the claim:

Date or dates debt was incurred                              Is the claim subject to offset?

                                                            ■ No
Last 4 digits of account number   **7667**                   ☐ Yes

---

| 3.29 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

**RGCCM, LLC**
**6425 Boeing Drive, Suite C-5**
**El Paso, TX 79925**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred                              Is the claim subject to offset?

                                                            ■ No
Last 4 digits of account number                              ☐ Yes

---

| 3.29 4 | **Nonpriority creditor's name and mailing address** | | **$1,000.00** |

**Richard Reeves (Vendor)**
**9038 Simon**
**Corpus Christi, TX 78406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred                              Is the claim subject to offset?

                                                            ■ No
Last 4 digits of account number                              ☐ Yes

---

| 3.29 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,202.30** |

**River Rock Utilities Ltd.**
**P.O. Box 2616**
**Weatherford, TX 76086**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred                              Is the claim subject to offset?

                                                            ■ No
Last 4 digits of account number                              ☐ Yes

---

| 3.29 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,600.00** |

---

| Debtor | Hyphen Construction  Group, Inc. | Case number (if known) | 16-40057 |
|---|---|---|---|
| | Name | | |

**RMS Properties, Inc.**
**1111 N. Plaza Drive, Suite 200**
**Schaumburg, IL 60173**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29 7**

**Nonpriority creditor's name and mailing address**
**Rod Bowers Construction**
**7820 W. McCormick Road**
**Amarillo, TX 79119**

As of the petition filing date, the claim is:        $15,917.81
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29 8**

**Nonpriority creditor's name and mailing address**
**Roofs, Inc.**
**2711 E. Slaton Rd.**
**Lubbock, TX 79404**

As of the petition filing date, the claim is:        $35,730.24
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29 9**

**Nonpriority creditor's name and mailing address**
**RRC Power & Energy, LLC**
**3011 South County Rd. 1260**
**Midland, TX 79706**

As of the petition filing date, the claim is:        $3,461.50
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | **Hyphen Construction Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

---

**3.30 0**

**Nonpriority creditor's name and mailing address**
**RSM, LLC**
**1207 Holly Street**
**Perry, OK 73077**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Unknown**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.30 1**

**Nonpriority creditor's name and mailing address**
**RT Gunner Construction, LLC**
**231 Neal Drive**
**Liberty Hill, TX 78642**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Unknown**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.30 2**

**Nonpriority creditor's name and mailing address**
**Schaumburg Hotel Partners, LLC**
**8615 US 24 West**
**Fort Wayne, IN 46804**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Unknown**

Basis for the claim:

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.30 3**

**Nonpriority creditor's name and mailing address**
**Schindler Elevator Corporation**
**12961 Park Central, Suite 1460**
**San Antonio, TX 78216**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$64,446.95**

Basis for the claim:

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | Hyphen Construction Group, Inc. | Case number (if known) | 16-40057 |
|---|---|---|---|
| | Name | | |

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.30 4**

Nonpriority creditor's name and mailing address
**Schindler Elevator Corporation**
**3168 South 108th East Avenue**
**Tulsa, OK 74146**
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$52,830.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.30 5**

Nonpriority creditor's name and mailing address
**Schindler Elevator Corporation**
**6631 N. Belt Line Road, Suite 130**
**Irving, TX 75063**
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$35,761.00

Date or dates debt was incurred _____

Last 4 digits of account number **4965**

Is the claim subject to offset?

■ No
☐ Yes

---

**3.30 6**

Nonpriority creditor's name and mailing address
**Scott AC & Heating**
**PO Box 1819**
**Corpus Christi, TX 78403**
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _____

$522,179.66

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

---

**3.30 7**

Nonpriority creditor's name and mailing address
**Secretary of State**
**1205 Pendleton Street Suite 525**
**Columbia, SC 29201**
_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Hyphen Construction Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|

☑ No

| Last 4 digits of account number | **9818** |
|---|---|

☐ Yes

---

| 3.30 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**Secretary of State**
**P.O. Box 94608**
**Lincoln, NE 68509**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|

☑ No

| Last 4 digits of account number | **7817** |
|---|---|

☐ Yes

---

| 3.30 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**Secretary of State**
**200 West 24th Street**
**Cheyenne, WY 82002-0020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|

☑ No

| Last 4 digits of account number | **5495** |
|---|---|

☐ Yes

---

| 3.31 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**Secretary of State**
**312 Rosa L. Parks Ave**
**Nashville, TN 37243-1102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

| Date or dates debt was incurred | _____ | **Is the claim subject to offset?** |
|---|---|---|

☑ No

| Last 4 digits of account number | **1170** |
|---|---|

☐ Yes

---

| 3.31 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**Secretary of State**
**P.O. Box 13697**
**Austin, TX 78711-3697**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Hyphen Construction Group, Inc.** | Case number *(if known)* | **16-40057** |
|---|---|---|---|
| | Name | | |

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **3347**

☐ Yes

---

| 3.31 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Secretary of State of Kansas**
**120 SW 10th Avenue**
**Topeka, KS 66612-1594**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **4119**

☐ Yes

---

| 3.31 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Secretary of State of Mississippi**
**P.O. Box 136**
**Jackson, MS 39205-0136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **5529**

☐ Yes

---

| 3.31 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,105.00** |

**Seis Milagros, LLC.**
**1608 W. Michigan Ave**
**Midland, TX 79701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    **2012**

☐ Yes

---

| 3.31 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,400.00** |

Debtor   **Hyphen Construction  Group, Inc.**
　　　　　Name

Case number (*if known*)   **16-40057**

**Shark Electric, Inc.**
**7607 W. 170th Place**
**Tinley Park, IL 60477**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

- ☑ No

Last 4 digits of account number

- ☐ Yes

---

| 3.31 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sherwin Williams**
**540 Ave. K.**
**Plano, TX 75074-8515**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:

$15,058.49

Date or dates debt was incurred

Is the claim subject to offset?

- ☑ No

Last 4 digits of account number   **4934**

- ☐ Yes

---

| 3.31 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SIG Insurance Services**
**1305 Eleventh Street, Suite A**
**Huntsville, TX 77340**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

$4,276.65

Date or dates debt was incurred

Is the claim subject to offset?

- ☑ No

Last 4 digits of account number

- ☐ Yes

---

| 3.31 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**SiteBox Storage**
**PO Box 790126 Dept # 30730**
**ST. Louis, MO 63179-0126**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

$350.18

Date or dates debt was incurred

Is the claim subject to offset?

- ☑ No

Last 4 digits of account number

- ☐ Yes

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Page 87 of 104**

Debtor    **Hyphen Construction  Group, Inc.**
_____
Name

Case number (if known)    **16-40057**
_____

| | |
|---|---|
| 3.31 9 | **Nonpriority creditor's name and mailing address** |

**Southern Hospitality Services LLC**
**11506 Shady Trail**
**Suite 105**
**Dallas, TX 75229**
_____

**Unknown**
_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.32 0 | **Nonpriority creditor's name and mailing address** |

**Southern Sanitation**
**PO Box 333**
**Laredo, TX 78042-0333**
_____

**$2,375.66**
_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.32 1 | **Nonpriority creditor's name and mailing address** |

**Speedy G's Acoustics**
**309 Weldon St.**
**South Houston, TX 77587**
_____

**$34,474.00**
_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.32 2 | **Nonpriority creditor's name and mailing address** |

**Star Concrete & Construction**
**8738 Ridge Moon**
**San Antonio, TX 78239**
_____

**$1,297.50**
_____

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Hyphen Construction  Group, Inc.**    Case number (if known)    **16-40057**
          Name

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number | ☐ Yes |

---

| 3.32 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|
| | **State Corporation Commission** | Check all that apply. | |
| | P.O. Box 1197 | ☐ Contingent | |
| | Richmond, VA 23218 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number    **4048** | ☐ Yes |

---

| 3.32 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|
| | **State Licensing Board for Contractors** | Check all that apply. | |
| | 2525 Quail Dr | ☐ Contingent | |
| | Baton Rouge, LA 70808 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number    **2891** | ☐ Yes |

---

| 3.32 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|
| | **State Licensing Board of General Contrac** | Check all that apply. | |
| | 2525 Fairlane Drive | ☐ Contingent | |
| | Montgomery, AL 36116 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |

| | |
|---|---|
| Date or dates debt was incurred | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number    **7467** | ☐ Yes |

---

| 3.32 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|
| | **State Licensing Board of General Contrac** | Check all that apply. | |
| | 2525 Fairlane Drive | ☐ Contingent | |
| | Montgomery, AL 36116 | ☐ Unliquidated | |
| | | ☐ Disputed | |

---

| Debtor | **Hyphen Construction  Group, Inc.** | | Case number (if known) | **16-40057** |
|---|---|---|---|---|
| | Name | | | |

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    **7467**

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.32 7**

**Nonpriority creditor's name and mailing address**
**State of Mexico - Regulation & Licensing**
**2550 Cerillos Rd.**
**Santa Fe, NM 87505**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    **GB98**

**Is the claim subject to offset?**

■ No
☐ Yes

**Unknown**

---

**3.32 8**

**Nonpriority creditor's name and mailing address**
**State Tax Department**
**1206 Quarrier Street**
**Charleston, WV 25305**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    **1302**

**Is the claim subject to offset?**

■ No
☐ Yes

**Unknown**

---

**3.32 9**

**Nonpriority creditor's name and mailing address**
**StoneTek International Design**
**30 West Fay Ave.**
**Addison, IL 60101**

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**

■ No
☐ Yes

**$43,656.23**

---

**3.33 0**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

**$3,439.07**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor | **Hyphen Construction  Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

**Storage on Site**
**2351 Powis Rd.**
**West Chicago, IL 60185**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.33 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,795.95** |
|---|---|---|---|

**StripeCo of Texas, LLC**
**661 E. Main Street, Suite 200-151**
**Midlothian, TX 76065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| 3.33 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,348.93** |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number    **8860**

■ No
☐ Yes

---

| 3.33 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$46,389.96** |
|---|---|---|---|

**Sunrise Pool Builders, Inc.**
**7864 Jerika Dr.**
**Rockford, IL 61102**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number

■ No
☐ Yes

---

| | |
|---|---|
| Debtor | **Hyphen Construction Group, Inc.** |
| | Name |

Case number (if known)    **16-40057**

---

| 3.33 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|
| | **Superhost Enterprises** | Check all that apply. | |
| | **8615 US 24 West** | ☐ Contingent | |
| | **Fort Wayne, IN 46804** | ☐ Unliquidated | |
| | | ■ Disputed | |
| | | | |
| | | Basis for the claim: | |
| | | | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.33 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,632.30** |
|---|---|---|---|
| | **Superior Marble and Granite, LLC** | Check all that apply. | |
| | **1212 Old Route 309** | ☐ Contingent | |
| | **Sellersville, PA 18960** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | | |
| | | Basis for the claim: | |
| | | | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.33 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,486.20** |
|---|---|---|---|
| | **TACC, Inc.** | Check all that apply. | |
| | **18610 Starcreek Drive** | ☐ Contingent | |
| | **Cornelius, NC 28031** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | | |
| | | Basis for the claim: | |
| | | | |
| | Date or dates debt was incurred | Is the claim subject to offset? | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.33 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|
| | **Taxation & Revenue Department** | Check all that apply. | |
| | **1100 South St. Francis Drive** | ☐ Contingent | |
| | **Santa Fe, NM 87504** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | | |
| | | Basis for the claim: | |

---

| Debtor | Hyphen Construction Group, Inc. | | Case number (if known) | 16-40057 |
|---|---|---|---|---|
| | Name | | | |

Date or dates debt was incurred

Last 4 digits of account number    **1302**

Is the claim subject to offset?

■ No
☐ Yes

---

**3.33 8**

**Nonpriority creditor's name and mailing address**
**Tennessee Board of Licensing Contractors**
**500 James Robinson Pkwy**
**Nashville, TN 37243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Unknown**

Date or dates debt was incurred

Last 4 digits of account number    **4628**

Is the claim subject to offset?

■ No
☐ Yes

---

**3.33 9**

**Nonpriority creditor's name and mailing address**
**Tennessee Department of Revenue**
**500 Deaderick St**
**Nashville, TN 37242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Unknown**

Date or dates debt was incurred

Last 4 digits of account number    **9512**

Is the claim subject to offset?

■ No
☐ Yes

---

**3.34 0**

**Nonpriority creditor's name and mailing address**
**Terracon Consultants, Inc.**
**P.O. Box 959673**
**St. Louis, MO 63195-9673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$9,300.00**

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

---

**3.34 1**

**Nonpriority creditor's name and mailing address**
**Texas Custom Commercial Flooring, LLC**
**1501 Heritage Parkway, Suite 105**
**Mansfield, TX 76063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$65,181.42**

---

Debtor   **Hyphen Construction Group, Inc.**                                    Case number (if known)   **16-40057**
_____                                                          _____
Name

|  | Basis for the claim: |
|  | _____ |

Date or dates debt was incurred  _____      Is the claim subject to offset?

Last 4 digits of account number  _____      ☑ No

                                                       ☐ Yes

---

| 3.34 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $22,266.98 |

**Texas First Rental**
**5246 Tacco Road**
**San Antonio, TX 78244**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
_____

Date or dates debt was incurred  _____      Is the claim subject to offset?

Last 4 digits of account number  _____      ☑ No

                                                       ☐ Yes

---

| 3.34 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,656.54 |

**Texas Mutual Insurance Company**
**P.O. Box 841843, Dallas, TX 75284-1843**
**Dallas, TX 75284-1843**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred  _____      Is the claim subject to offset?

Last 4 digits of account number  **0129**              ☑ No

                                                       ☐ Yes

---

| 3.34 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,019.23 |

**Texas Workforce Commission**
**P.O. Box 852650**
**Richardson, TX 75085-2650**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred  _____      Is the claim subject to offset?

Last 4 digits of account number  **5856**              ☑ No

                                                       ☐ Yes

---

| 3.34 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

---

Debtor    **Hyphen Construction  Group, Inc.**                          Case number (if known)    **16-40057**

    Name

**The City of Morgantown**                          Check all that apply.
**389 Spruce St**                                     ☐ Contingent
**Morgantown, WV 26505**                              ☐ Unliquidated
                                                      ☐ Disputed

                                                      Basis for the claim:

Date or dates debt was incurred                       Is the claim subject to offset?

                                                      ■ No
Last 4 digits of account number    **9976**           ☐ Yes

---

| 3.34 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$955.00** |

**The Greens Apartment Community**                    Check all that apply.
**Leasing Office**                                     ☐ Contingent
**4709 N.  Washington**                                ☐ Unliquidated
**Stillwater, OK 74075**                               ☐ Disputed

                                                      Basis for the claim:    **Perry, OK**

Date or dates debt was incurred                       Is the claim subject to offset?

                                                      ■ No
Last 4 digits of account number                       ☐ Yes

---

| 3.34 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

**The Salvation Army**                                 Check all that apply.
**1424 Northeast Express**                             ☐ Contingent
**Atlanta, GA 30329-2018**                             ☐ Unliquidated
                                                      ☐ Disputed

                                                      Basis for the claim:

Date or dates debt was incurred                       Is the claim subject to offset?

                                                      ■ No
Last 4 digits of account number                       ☐ Yes

---

| 3.34 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

**The Salvation Army**                                 Check all that apply.
**Carr P. Collin Social Serv.**                        ☐ Contingent
**5301 Harry Hines Blvd.**                              ☐ Unliquidated
**Dallas, TX 75235**                                    ☐ Disputed

                                                      Basis for the claim:

Date or dates debt was incurred                       Is the claim subject to offset?

                                                      ■ No
Last 4 digits of account number                       ☐ Yes

---

Debtor **Hyphen Construction  Group, Inc.**
_____
Name

Case number (*if known*)   **16-40057**

| | | |
|---|---|---|
| 3.34 9 | **Nonpriority creditor's name and mailing address** **Thomas Reprographics** **P.O. Box 740967** **Dallas, TX 75374** | **$1,544.11** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred _____

Last 4 digits of account number   **4765**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.35 0 | **Nonpriority creditor's name and mailing address** **Three Rivers Hotel, LLC** **1601 Bryan Street, Suite M-200** **Dallas, TX 75201** | **Unknown** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.35 1 | **Nonpriority creditor's name and mailing address** **ThyssenKrupp Elevator** **2801 Network Blvd, Ste 700** **Frisco, TX 75034** | **$270,886.57** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.35 2 | **Nonpriority creditor's name and mailing address** **Time Warner Cable** **PO Box 60074** **City of Industry, CA 91716-0074** | **$6.53** |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

---

Debtor   **Hyphen Construction Group, Inc.**
_____
Name

Case number (if known)   **16-40057**
_____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number   **7890** | ☐ Yes |

---

| 3.35 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,261.73 |
|---|---|---|---|

**Titan Concrete**
**1212 Briar Ridge Dr.**
**Keller, TX 76248**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**
_____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.35 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,143.50 |
|---|---|---|---|

**Top Quality Fence LLC.**
**3245 Main Street, Suite 235-212**
**Frisco, TX 75034**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| 3.35 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 |
|---|---|---|---|

**Town of Addison Economic**
**Development &**
**Business Registration**
**PO Box 9010**
**Addison, TX 75001-9010**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number   **1359** | ☐ Yes |

---

| 3.35 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,800.00 |
|---|---|---|---|

**Trevino Construction**
**2416 W. Salinas**
**San Antonio, TX 78207**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

---

| Debtor | **Hyphen Construction Group, Inc.** | Case number (if known) | **16-40057** |
|---|---|---|---|
| | Name | | |

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**

■ No

☐ Yes

---

| 3.35 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,377.50** |

**Tri Star Plumbing Service, Inc.**
PO Box 6015
Frisco, TX 75034

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.35 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,520.00** |

**Trinity Hearth & Home, Inc.**
1358 W. North Carrier Pkwy.
Grand Orairie, TX 75050

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.35 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,000.00** |

**United Lynn-Con Corporation**
1308 S. Hampton Road
DeSoto, TX 75115

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number   **PH01**

☐ Yes

---

| 3.36 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$43,300.72** |

Debtor   **Hyphen Construction  Group, Inc.**                     Case number (if known)   **16-40057**
_____
Name

**United Rentals**
**PO Box 840514**
**Dallas, TX 75284-0514**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   **0492**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.36 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,750.00** |

**Universal Automatic Doors**
**562 CR 112**
**Floresville, TX 78114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.36 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Utah Department of Commerce**
**160E. 300 S. 2nd Floor**
**Salt Lake City, UT 84111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   **0143**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.36 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Utah Department of Commerce - O&P**
**Licens**
**160E. 300 S. 2nd Floor**
**Salt Lake City, UT 84111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred   _____

Last 4 digits of account number   **5501**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor   **Hyphen Construction  Group, Inc.**
_____
Name

Case number (*if known*)   **16-40057**
_____

| | | |
|---|---|---|
| **3.36 4** | **Nonpriority creditor's name and mailing address**<br>**Utah State Tax Commission**<br>**210 North 1950 West**<br>**Salt Lake City, UT 84134** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: |

As of the petition filing date, the claim is:   **Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number   **1302**

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.36 5** | **Nonpriority creditor's name and mailing address**<br>**Verizon Wireless**<br>**PO Box 4001,**<br>**Acworth, GA 30101** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: |

As of the petition filing date, the claim is:   **$400.38**

Date or dates debt was incurred _____

Last 4 digits of account number   **0001**

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.36 6** | **Nonpriority creditor's name and mailing address**<br>**Virginia Department of Revenue**<br>**P.O. Box 27423**<br>**Richmond, VA 23261** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: |

As of the petition filing date, the claim is:   **Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number   **F001**

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| **3.36 7** | **Nonpriority creditor's name and mailing address**<br>**Waste Wranglers**<br>**PO Box 2897**<br>**Lubbock, TX 79408** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: |

As of the petition filing date, the claim is:   **$5,278.42**

---

Debtor   **Hyphen Construction  Group, Inc.**                    Case number (if known)   **16-40057**
_____
Name

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| | | |
|---|---|---|
| **3.368** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | **WCCW, Inc.** | Check all that apply. |
| | **PO Box 1680** | ☐ Contingent |
| | **Frisco, TX 75034** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** _____ |

**$11,705.00**

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| | | |
|---|---|---|
| **3.369** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | **Werden Buck Company Inc.** | Check all that apply. |
| | **PO Box 486** | ☐ Contingent |
| | **Joliet, IL 60434** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** _____ |

**Unknown**

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| | | |
|---|---|---|
| **3.370** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | **Wesley A. Rowlett** | Check all that apply. |
| | **2106 N. Nebraska** | ☐ Contingent |
| | **Weslaco, TX 78596** | ☐ Unliquidated |
| | | ■ Disputed |
| | | **Basis for the claim:**  **Chase 109116790** |

**$22,495.80**

| | |
|---|---|
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

---

| | | |
|---|---|---|
| **3.371** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | **West Virginia Secretary of State** | Check all that apply. |
| | **1900 Kanawha Boulevard, East** | ☐ Contingent |
| | **Charleston, WV 25305** | ☐ Unliquidated |
| | | ☐ Disputed |

**Unknown**

| Debtor | Hyphen Construction Group, Inc. | Case number (if known) | 16-40057 |
|---|---|---|---|

Name

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number   **1302**

☐ Yes

---

**3.37 2**

**Nonpriority creditor's name and mailing address**

**Westchester Fire Insurance Co.**
**436 Walnut St**
**Philadelphia, PA 19106**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number   **0173**

☐ Yes

**Unknown**

---

**3.37 3**

**Nonpriority creditor's name and mailing address**

**Westmount Interior Supply House**
**PO Box 298**
**Westmont, IL 60559**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

**Unknown**

---

**3.37 4**

**Nonpriority creditor's name and mailing address**

**Williams Insulation**
**7951 Fairview Rd.**
**Houston, TX 77041**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number   **3853**

☐ Yes

**$82,986.90**

---

**3.37 5**

**Nonpriority creditor's name and mailing address**

**Williams Insulation**
**7951 Fairview Rd.**
**Houston, TX 77041**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$45,107.80**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor  **Hyphen Construction Group, Inc.**
Name

Case number (if known)  **16-40057**

---

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.37 6 | **Nonpriority creditor's name and mailing address** <br> **Wiss, Janney, Elstner Associates, Inc.** <br> **330 Pfingsten Rd.** <br> **Northbrook, IL 60062** | **As of the petition filing date, the claim is:** <br> _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$794.25** |
|---|---|---|---|

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.37 7 | **Nonpriority creditor's name and mailing address** <br> **Witmer Concrete** <br> **17229 Van Zile Rd.** <br> **Spencerville, IN 46788** | **As of the petition filing date, the claim is:** <br> _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$26,558.47** |
|---|---|---|---|

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.37 8 | **Nonpriority creditor's name and mailing address** <br> **WM. Horn Structual Steel Co.** <br> **1101 Commerce Drive** <br> **Geneva, IL 60134** | **As of the petition filing date, the claim is:** <br> _Check all that apply._ <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$8,000.00** |
|---|---|---|---|

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.37 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$33,081.00** |
|---|---|---|---|

---

| | |
|---|---|
| Debtor **Hyphen Construction Group, Inc.** | Case number (if known) **16-40057** |
| Name | |

**Wooddall Lumber, LLC.**
**PO Box 737**
**Orchard Hill, GA 30266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.38 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $124.51 |
|---|---|---|---|

**Xcel Energy**
**P.O. Box 9477**
**Minneapolis, MN 55484**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 8,069.45 |
| 5b. Total claims from Part 2 | 5b. + $ | 14,951,575.80 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 14,959,645.25 |

**Fill in this information to identify the case:**

Debtor name            **Hyphen Construction  Group, Inc.**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF TEXAS

Case number (if known)      **16-40057**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official
Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest        **Landlord** | |
| State the term remaining     **4 years** | **JL Bent Tree LP**<br>**P.O. Box 203760**<br>**Dallas, TX 75320** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                             Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Hyphen Construction  Group, Inc.__

United States Bankruptcy Court for the:   EASTERN DISTRICT OF TEXAS

Case number (if known)   __16-40057__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1   **Mahesh Chandiramani** | **5608 Ventana Trail Dallas, TX 75252** | **Cono Casella Testimentary Trust** | ☑ D   __2.2__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Hyphen Construction Group, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF TEXAS

Case number (if known)    **16-40057**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$27,664,932.00** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$17,743,676.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- | --- |
   | 3.1. | **see attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Hyphen Construction Group, Inc.**                                Case number *(if known)*  **16-40057**

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Mahesh Chandiramani 5608 Ventura Trail Dallas, TX 75252** | **twice a month** | **$149,643.41** | **salary** |
| 4.2. | **Dihesh Chandiramani 5608 Ventura Trail Dallas, TX 75252** | **twice a month** | **$163,076.98** | **salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Moriah Hospitality Kenedy, LLC 303 W. Wall, Suite 1500 Midland, TX 79704** | **Creditor offset A/R against alleged A/P** Last 4 digits of account number: _____ | **December 2015** | **$126,879.54** |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **CAI Cotulla Hotel LLC et al v. hyphen DC-15-08270** | **suit on construction debt** | **101st Distrcit Court 600 Commerce Street Dallas, TX 75201** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **GHT Metals LLC et al v. Hyphen DC-15-15273** | **Construction litigation** | **162nd District Court 600 Commerce Street Dallas, TX 75201** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Scott Electric Company  et alv. Hyphen 15-11-00188-CVL** | **suit on debt- construction** | **218th District Court 1 courthouse circle Jourdanton, TX 78026** | ☑ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **Hyphen Construction  Group, Inc.**                          Case number *(if known)*  **16-40057**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Foxworth Galbraith et al v. Hyphen**<br>cc-18350 | **Construction debt** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **CAI Pleasanton Hotel LLC et al v. Hyphen**<br>DC-15-08270 | **suit on debt** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **CAI Cuero Hotel, LLC et al v. Hyphen**<br>DC-15-08270 | **Suit on Debt** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Hyphen v. McCall DevelopmentJ Arbitration** | **suit on debt** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Hyphen v. DJM Water 15-0001-CV-B** | **suit on debt** | **156th Judicial Distrcit Court<br>400 Sinton<br>Sinton, TX 78387** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **MG Paul et al v. Hyphen B-136-963** | **Suit on debt** | **161st District Court<br>300 N. Grant<br>Odessa, TX 79761** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Mid India Church** | | | **$1,000.00** |
| | Recipients relationship to debtor | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None.

Debtor    **Hyphen Construction Group, Inc.**                                    Case number *(if known)* **16-40057**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| | | | |

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.1.   **Eric Liepins**<br>**12770 Coit Road**<br>**Dallas, TX 75251** | | | **$9,217.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |
| 13.1.   **Jesse Hinojosa** | **Camper sold from job site** | **November 2015** | **$1,000.00** |
| **Relationship to debtor** | | | |

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

---

Debtor    **Hyphen Construction  Group, Inc.**    Case number *(if known)*  **16-40057**

| Address | Dates of occupancy From-To |
|---|---|

---

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| Debtor | **Hyphen Construction  Group, Inc.** | Case number *(if known)*  **16-40057** |
|---|---|---|

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **Response Restoration Inc** | **Debtor purchased business in Jan 2012 absorbed into Debtor** | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

---

| Debtor | **Hyphen Construction  Group, Inc.** | Case number *(if known)* **16-40057** |
|---|---|---|

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Ivan Alverez** <br>**4151 FM 2181** <br>**Denton, TX 76201** | |
| 26a.2. **Aubbrey De Nobrega** <br>**16775 Addison Road** <br>**Dallas, TX 75201** | **In House** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Debtor** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Veritex BAnk** |
| 26d.2. **Happy State Bank** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Chandiramani, Mahesh P.** | **5608 Ventana Trail** <br>**Dallas, TX 75252** | **CEO** | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dihesh Chandiranami** | **16775 Addison Raod** <br>**Addison, TX 75001** | **Director** | **49%** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor    **Hyphen Construction Group, Inc.**          Case number *(if known)*  **16-40057**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 30, 2016**

**/s/ Mahesh Chandiramani**                **Mahesh Chandiramani**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of Texas

In re   __Hyphen Construction  Group, Inc._____   Case No.   __16-40057_____

　　　　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter   __11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dinesh Chandiramani**<br>**16775 Addison Road**<br>**Suite 200**<br>**Addison, TX 75001** | | | **49%** |
| **Mahesh Chandiramani**<br>**16775 Addison Road**<br>**Suite 200**<br>**Addison, TX 75001** | | | **51%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **January 30, 2016**_____   Signature   **/s/ Mahesh Chandiramani**_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Mahesh Chandiramani**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Revised 7/2001                                                                                    LRBP Appendix 1007-b-6

# United States Bankruptcy Court
## Eastern District of Texas

In re   **Hyphen Construction  Group, Inc.** _____   Case No.   **16-40057** _____
                                         Debtor(s)                     Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list

of creditors is true and correct to the best of my knowledge.

Creditor Matrix Format (check one):

Diskette:        _____

Paper:        _____**X**_____

Date:   **January 30, 2016** _____        /s/ Mahesh Chandiramani _____
                                                    **Mahesh Chandiramani**/**CEO**
                                                    Signer/Title